Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 25-184-ELG |
|---|---|---|
|  | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**NOTICE OF APPLICATION TO APPROVE EMPLOYMENT
OF MAURICE B. VERSTANDIG, ESQ. AND THE BELMONT
FIRM AS BANKRUPTCY COUNSEL TO SWAIN LANDING LAPLATA JC, LLC**

NOTICE IS HEREBY GIVEN that Swain Landing LaPlata JC, LLC (the "Applicant" or the "Debtor") has filed an application to employ Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC d/b/a The Belmont Firm as bankruptcy counsel in this matter (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then ON OR BEFORE JUNE 3, 2025, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for June 10, 2025 at 10:00 AM.

The hearing will be held via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Gunn_Hearings@dcb.uscourts.gov.

                                                Respectfully submitted,

Dated: May 15, 2025        By:    /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig, Esq.
                                                  Bar No. MD18071
                                                  The Belmont Firm
                                                  1050 Connecticut Avenue, NW
                                                  Suite 500
                                                  Washington, DC 20036
                                                  Phone: (202) 991-1101
                                                  mac@dcbankruptcy.com
                                                  *Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

                                                  /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig