## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF MICHAEL POSTAL PURSUANT TO 11 U.S.C. §§ 1116(1), 1187(a)

1.  My name is Michael Postal, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.  I am the manager of Swain Landing LaPlata JC, LLC ("Swain Landing").

3.  Swain Landing does not maintain a balance sheet.

4.  Swain Landing does not maintain a statement of operations.

5.  Swain Landing does not maintain a cash flow statement.

6.  Swain Landing has never had occasion to file a federal income tax return.

7.  Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Michael Postal*

4A51F76314AD465...

Michael Postal

Dated: 5/16/2025

1