# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Swain Landing LaPlata JC LLC,** | Case No. 25-00184-ELG |
| Debtor. | Chapter 11 – Subchapter V |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>Angela L. Shortall
>3Cubed Advisory Services, LLC
>348 Thompson Creek Mall, Suite 339
>Stevensville, MD 21666
>Phone: (410) 200-3465
>ashortall@3cubed-as.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice.

May 16, 2025

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By:  */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on May 16, 2025, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                    */s/ Robert W. Ours*
                    Robert W. Ours
                    Paralegal Specialist