IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:

**Swain Landing LaPlata JC LLC,**

Debtor.

Case No. 25-00184

(Chapter 11 – Subchapter V)

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $525.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: May 16, 2025

/S/Angela L. Shortall
Angela L. Shortall
3Cubed Advisory Services, LLC
348 Thompson Creek Mall, Suite 339
Stevensville, MD 21666
Phone: (410) 200-3465
ashortall@3cubed-as.com