The order below is hereby signed.

Signed: May 16 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | **Case No. 25-00184-ELG** |
| **Swain Landing LaPlata JC LLC,** **Debtor.** | **Chapter 11** |

## SCHEDULING ORDER

The above-captioned debtor (the "**Debtor**") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"). This Scheduling Order facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED**:

1.      **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

2.      **Debtor's Compliance with § 1187**. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code

3.      **Debtor's Compliance with § 1116**. The Debtor shall comply with § 1116 of the Bankruptcy Code.[1]

4.      **Bar Date**. Unless the Court sets a different date by separate order, the deadline for parties in interest to file proofs of claim or interest in this case is governed by Federal Rule of Bankruptcy Procedure 3003.

---

[1] Although § 1181(a) of the Bankruptcy Code states that § 1116 is not applicable in a case under Subchapter V of Chapter 11, the various provisions of § 1116 are thereafter made applicable by § 1187(a) and § 1187(b).

5.      **Service of Notice of Commencement of Case by the Debtor**. The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before 7 days of the date of this Order.

6.      **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(c) no later than 30 days after the conclusion of the meeting of creditors held under § 341 of the Bankruptcy Code, or within 30 days after any amendment to the Subchapter V designation, whichever is later.

7.      **Debtor's Section 1188(c) Report**. The Debtor must file with the Court and serve on the Subchapter V trustee and parties in interest the report required under § 1188(c) of the Bankruptcy Code no later than **June 25, 2025**. The Debtor's report shall include a description of the Debtor's efforts to formulate a Chapter 11 plan of reorganization and the Debtor's efforts to communicate with creditors regarding any such plan.

8.      **Status Conference**. The Debtor and the Subchapter V trustee must appear before the Court at a status conference on **July 9, 2025 at 10:00 a.m.**, before the Honorable Elizabeth L. Gunn. The status conference will be conducted both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. The parties may request the Zoom for Government information from the Courtroom Deputy, Ms. Aimee Lee. This Order constitutes notice of the status conference.

9.      **Plan of Reorganization**. The Debtor must file with the Court a plan of reorganization in accordance with § 1189 of the Bankruptcy Code on or before **August 13, 2025**. Any motion for extension of time to file a plan should be filed on or before **June 23, 2025**. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

10.     **§ 1111(b) Deadline**. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than 10 days following the filing of the plan.

11.     **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

12.     **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the Subchapter V trustee and parties in interest and file a certificate of service with the Court within 7 days of the date of this Order.

[Signed and dated above.]

Copies to: Debtor; Counsel for the Debtor; all recipients of e-notification of filings.