## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re:<br><br>**1521 V St SE, LLC**<br>Debtor | Case No. 25-00063-ELG<br><br>Chapter 11 |
|---|---|

## NOTICE OF CASE FILING DEFICIENCY

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on 02/20/2025 without all of required document(s), information, and/or fees as forth herein.

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** (i) file the deficient documents indicated below and/or pay the associated fee not later than three (3) days after the issuance of this notice; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) if applicable, timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Debtor's Federal Employer Identification Number (EIN) (Official Form 201) |
| ☐ | Signature of Attorney on Petition (Official Form 201) |
| ☐ | Signature of Debtor(s) on Petition (Official Form 201) |
| ☐ | List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204) |
| ☐ | List of Creditors which must include the name, mailing address, and zip code of each creditor included or to be included in Schedules D, E/F, G, and H (via the NextGen CM/ECF or in a format specified by the Clerk of the Court) |
| ☐ | Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201) |
| ☐ | A certificate, resolution, or other applicable documentation demonstrating that the filing is authorized by the Debtor. (Local Bankruptcy Rule 1007-2) |
| ☐ | A fee of $___ is required for this filing. *See* Bankruptcy Court Filing Fee Schedule |
| ☐ | Filer is hereby notified payment submitted with the filing was not a permissible form of payment. *See* Local Rule 1006-1(a). |
| ☐ | Other *(Specify)*: |

**NOTICE IS HEREBY GIVEN that the Debtor and/or Debtor's attorney must by:** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Summary of Assets and Liabilities for Non-Individuals (Form 206Sum) |
| ☐ | Schedule A/B: Property (Official Form 206A/B) |
| ☐ | Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D ) |
| ☐ | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F ) |
| ☐ | Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G) |
| ☐ | Schedule H: Your Codebtors (Official Form 206H) |
| ☐ | Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) |
| ☐ | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) |

| | |
|---|---|
| ☐ | Names and addresses of equity security holders of the debtor. Fed. R. Bankr. P. 1007(a)(3). |
| ☐ | Local Official Form 102 (Disclosure of Compensation of Attorney for Debtor) |
| ☐ | Other *(Specify)*: |

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must by 05/23/2025:** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☒ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☒ | The most recent statement of operations or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☒ | The most recent cash-flow statement or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☒ | The most recent federal income tax return or statement pursuant to 11 U.S.C. § 1116(1)(B). |

For the Court:
Angela D. Caesar
BY: MB
Dated: 05/16/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.