**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | Case No. 25-00063-ELG |
| **1521 V St SE, LLC** | Chapter 11 |
| **Debtor** | |

**NOTICE OF CASE FILING DEFICIENCY**

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on 02/20/2025 without all of required document(s), information, and/or fees as forth herein.

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** (i) file the deficient documents indicated below and/or pay the associated fee not later than three (3) days after the issuance of this notice; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) if applicable, timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Debtor's Federal Employer Identification Number (EIN) (Official Form 201) |
| ☐ | Signature of Attorney on Petition (Official Form 201) |
| ☐ | Signature of Debtor(s) on Petition (Official Form 201) |
| ☐ | List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204) |
| ☐ | List of Creditors which must include the name, mailing address, and zip code of each creditor included or to be included in Schedules D, E/F, G, and H (via the NextGen CM/ECF or in a format specified by the Clerk of the Court) |
| ☐ | Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201) |
| ☐ | A certificate, resolution, or other applicable documentation demonstrating that the filing is authorized by the Debtor. (Local Bankruptcy Rule 1007-2) |
| ☐ | A fee of $___ is required for this filing. *See* Bankruptcy Court Filing Fee Schedule |
| ☐ | Filer is hereby notified payment submitted with the filing was not a permissible form of payment. *See* Local Rule 1006-1(a). |
| ☐ | Other *(Specify)*: |

**NOTICE IS HEREBY GIVEN that the Debtor and/or Debtor's attorney must by:** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☐ | Summary of Assets and Liabilities for Non-Individuals (Form 206Sum) |
| ☐ | Schedule A/B: Property (Official Form 206A/B) |
| ☐ | Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D) |
| ☐ | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F) |
| ☐ | Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G) |
| ☐ | Schedule H: Your Codebtors (Official Form 206H) |
| ☐ | Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202) |
| ☐ | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) |

| | |
|---|---|
| ☐ | Names and addresses of equity security holders of the debtor. Fed. R. Bankr. P. 1007(a)(3). |
| ☐ | Local Official Form 102 (Disclosure of Compensation of Attorney for Debtor) |
| ☐ | Other *(Specify):* |

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must by 05/23/2025:** (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

| | |
|---|---|
| ☒ | The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☒ | The most recent statement of operations or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☒ | The most recent cash-flow statement or statement pursuant to 11 U.S.C. § 1116(1)(B). |
| ☒ | The most recent federal income tax return or statement pursuant to 11 U.S.C. § 1116(1)(B). |

        For the Court:
        Angela D. Caesar
        BY: MB
        Dated: 05/16/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00184-ELG |
| Swain Landing LaPlata JC LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 16, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

**Recip ID      Recipient Name and Address**
dbpos        + Swain Landing LaPlata JC LLC, 1801 16th Street, NW, #606, Washington, DC 20009-3324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

**Name**                         **Email Address**

Angela Shortall
                               ashortall@3cubed-as.com md70@ecfcbis.com

Kristen S. Eustis
                               on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
                               on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com
                               lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
                               USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 4