The order below is hereby signed.

Signed: May 19 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-00184-ELG |
| Swain Landing LaPlata JC, LLC,<br>Debtor. | Chapter 11 |

### ORDER DENYING PLEADING AS MOOT

On May 15, 2025, the Court issued a *Notice of Case Filing Deficiency* (ECF No. 8) (the "Deficiency Notice") requiring the enumerated 11 U.S.C. § 1116(1)(A) documents or statement under § 1116(1)(B) that no such documents exist be filed by May 23, 2025. On May 16, 2025, the Debtor filed an affidavit affirming that the documents do not exist (ECF No. 4) (the "Affidavit") in compliance with the Deficiency Notice. On May 19, 2025, the Debtor filed a *Motion to Reconsider* (ECF No. 12) (the "Motion") on the basis that the Affidavit sufficiently addresses the Deficiency Notice. Therefore, the relief sought in the Motion is moot.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Motion (ECF No. 12) is **DENIED AS MOOT**.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.