Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO FORBEAR FROM
OPENING DEBTOR-IN-POSSESSION BANK ACCOUNT**

NOTICE IS HEREBY GIVEN that Swain Landing LaPlata JC, LLC (the "Movant" or the "Debtor") has filed a motion to be relieved of any obligation to open a debtor-in-possession bank account.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then ON OR BEFORE JUNE 27, 2025, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 2, 2025 at 10:00 AM. The

hearing will be held both in-person and via Zoom video conferencing. For meeting code, contact

Gunn_Hearings@dcb.uscourts.gov.

 

                                            Respectfully submitted,

Dated: June 15, 2025               By:     /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          Bar No. MD18071
                                          The Belmont Firm
                                          1050 Connecticut Avenue, NW
                                          Suite 500
                                          Washington, DC 20036
                                          Phone: (202) 991-1101
                                          mac@dcbankruptcy.com
                                          *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 15th day of June, 2025, a copy of the foregoing was

served electronically upon filing via the ECF system, with copies being sent to all parties receiving

electronic notice herein.

                                          /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig