The order below is hereby signed.

Signed: June 30 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO FORBEAR FROM
OPENING DEBTOR-IN-POSSESSION BANK ACCOUNT**

Upon consideration of the Motion to Forbear from Opening Debtor-in-Possession Bank Account (the "Motion," as found at DE #17) filed by Swain Landing LaPlata JC, LLC ("Swain Landing" or the "Debtor"), governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED as set forth herein; and it is further

ORDERED, that the Debtor is excused from any requirement of opening a debtor-in-possession bank account for so long as the Debtor does not hold any cash or cash equivalents for deposit or investment, *provided however* that should the Debtor obtain any such cash or cash equivalents, at any time prior to the earlier of (i) entry of an order confirming a chapter 11 plan herein; (ii) conversion of this case to another chapter; or (iii) dismissal of this case, then the Debtor shall promptly open such an account for purposes of holding said funds.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*