The order below is hereby signed.

Signed: July 7 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY**
**MAURICE VERSTANDIG AND THE BELMONT FIRM**

Upon consideration of the Application to Approve Employment of Maurice B. VerStandig Esq. and The Belmont Firm as bankruptcy Counsel to Swain landing LaPlata JC, LLC (the "Application," as found at DE #3) filed by Swain Landing LaPlata JC, LLC ("Swain Landing" or the "Debtor"), the lack of objection thereto, arguments adduced at a hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED as set forth herein; and it is further

ORDERED, that Maurice B. VerStandig and The Belmont Firm be, and hereby are, EMPLOYED as general reorganization counsel to the Debtor; and it is further

1

ORDERED, that Maurice B. VerStandig and The Belmont Firm shall apply to this Honorable Court for approval of any compensation for services rendered pre-confirmation before collecting such compensation from the Debtor.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00184-ELG |
| Swain Landing LaPlata JC LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

**Recip ID**      **Recipient Name and Address**
dbpos      + Swain Landing LaPlata JC LLC, 1801 16th Street, NW, #606, Washington, DC 20009-3324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Angela Shortall
     ashortall@3cubed-as.com  md70@ecfcbis.com

Douglas Gansler
     on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com

Kristen S. Eustis
     on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
     on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com
     lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
     on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com
     lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four

| District/off: 0090-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf001 | Total Noticed: 1 |

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 6