## **EXHIBIT A**

(Declaration of Claudia Engelhorn in Support of the Motion to Dismiss the Bankruptcy Case)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

Swain Landing LaPlata JC, LLC

Debtor.

Case No. 25-185-ELG

Chapter 11

## DECLARATION OF CLAUDIA ENGELHORN IN SUPPORT OF MOTION TO DISMISS BANKRUPTCY CASE

I, Claudia Engelhorn, declare under penalty of perjury as follows:

1. I am the trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended and restated (the "Trust").

2. The Trust is a revocable trust duly created on September 30, 2021, initially under the laws of the Commonwealth of Virginia. I am a grantor under the Trust and a trustee. White Pearl LLC ("White Pearl") is a corporation organized and existing under the laws of Delaware with its principal place of business located in Wilmington, Delaware. The Trust is the sole principal of White Pearl.

3. I make this declaration in support of the *Motion to Dismiss Bankruptcy Case* (the "Motion to Dismiss").[1]

4. As trustee for the Trust, I never executed nor otherwise approved the Operating Agreement attached to the Motion to Dismiss as Exhibit G.

5. I did not authorize the filing of this bankruptcy case nor did any other representative of the Trust.

6. My authorization was not sought in connection with filing this bankruptcy case.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion to Dismiss.

7. As trustee for the Trust, I did not and do not agree to the terms of the Operating Agreement.

8. To the extent that White Pearl is a member of Swain Landing LaPlata JC, LLC, I, as the sole and managing member of White Pearl, never authorized the filing of the bankruptcy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 10, 2025                 By: _____
                                     Claudia Engelhorn
                                     Individually and as trustee of the
                                     Whitewater Revocable Trust dated
                                     September 30, 2021, as amended