## **EXHIBIT B**

(Business Registration)

## SWAIN LANDING LAPLATA JC LLC: W22464655

## Filing History

The items listed below are associated with this business.

👁 – Click to view/print PDF (note: some items may not be available to view)

💬 – Click to view comment associated with this item

**Please note:** When a resolution, amendment, or any other supplemental filing is filed with the State Department of Assessments and Taxation, **the original articles are NOT changed**.

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| DEPT. ACTION - FORFEITURE 💬 | 10/1/2024 9:10:00 PM | | | |
| 👁 ARTICLES OF ORGANIZATION | 1/4/2022 2:47:00 PM | | | 1 |