## **<u>EXHIBIT C</u>**

(Declaration of Patrick D. Gardiner In Support of Motion To Dismiss Bankruptcy Case)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>        Debtor. | Case No. 25-185-ELG<br><br>Chapter 11 |

## DECLARATION OF PATRICK D. GARDINER IN SUPPORT OF
## MOTION TO DISMISS BANKRUPTCY CASE

I, Patrick D. Gardiner, declare under penalty of perjury as follows:

1.    I am one of the attorneys representing Claudia Engelhorn Individually and as trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended and White Pearl, LLC.

2.    On July 10, 2025, I searched the District of Columbia's online public corporate record search feature accessible at: https://corponline.dcra.dc.gov/Home.aspx

3.    I conducted an "Entity Name" search for the Debtor, "Swain Landing LaPlata JC, LLC" and the results of the search indicated that no records were found for such an entity ever having been registered in the District of Columbia. A true and accurate printout of the results of this search are attached hereto Exhibit 1.

4.    I conducted a broader search for any entity whose name contained "Swain Landing" and the results of the search indicated that no records were found for such an entity ever having been registered in the District of Columbia. A true and accurate printout of the results of this search are attached hereto Exhibit 2.

5.    I conducted a search for entities whose Resident Agent's name contained "Michael Postal" that produced multiple results, but which excluded the Debtor. A true and accurate printout of the results of this search are attached hereto Exhibit 3.

6.      I conducted a search for entities whose Resident Agent's name contained "Anjon Jones," as Anjon Jones is the individual identified as Debtor's Resident Agent with the Maryland State Department of Assessments and Taxation. The results of this search produced no results.  A true and accurate printout of the results of this search are attached hereto Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 10, 2025                          By:    /s/ PDG_____
                                                      Patrick D. Gardiner, Esq.

## <u>Exhibit 1</u>

(Entity Name Search for the Debtor, "Swain Landing LaPlata JC, LLC")



**(/Home.aspx/index)**

Mayor Muriel Bowser

---

**311 Online (https://311.dc.gov)**     **Agency Directory (https://dc.gov/directory)**

**Online Services (https://dc.gov/online-services)**     **Accessibility (https://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# Welcome to CorpOnline

Choose a panel below to get started!

---



**Register Organization (/Home.aspx/wizard1)**

---

Form a new domestic (DC) organization or register an existing foreign (non-DC) organization. (/Home.aspx/wizard1)

---

7/10/25, 8:14 AM    Case 25-00184-ELG    Doc 25-3    Filed 07/10/25    Entered 07/10/25 20:58:49    Desc
DLCP | Department of Licensing and Consumer Protection
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B    Page 6 of 31



**File a Current Year Biennial Report (/Biz.aspx/RedirectFromNewService/125)**

File a Current Year biennial report for your registered organization. (/Biz.aspx/RedirectFromNewService/125)



**Trade Name Registration Services (/Home.aspx/wizardTN)**

Register a New Trade Name or Renew, Amend or Cancel Existing Trade Name. (/Home.aspx/wizardTN)



**Document and Certificate Order (/Home.aspx/wizardDO)**

Order certified copies of corporate filings or certificate of good standing for your organization.
(/Home.aspx/wizardDO?Length=4)



**Other Online Services (/Home.aspx/wizard4)**

File reinstatements, amendments, dissolutions, withdrawals, and more. (/Home.aspx/wizard4?Length=4)



The following errors/warnings occurred:

- **No Results were found.**

| Business Filings Search | Services Management | My Filing History | My Subscriptions |

## Find Your Organization

Swain Landing LaPlata JC, LLC

**Search**        **Search Options**

**Search Type:**    Entity Name ▾

**Search Depth:**    ○ Exact Match
○ Starts With    ● Contains

**Entity Status:**    Select... ▾

## Search Results

| Organization Name | File Number | Registration Date | Organization Status | Organization Type | Jurisdiction |

4 ▾

**District News**

Mayor's Public Schedule (https://mayor.dc.gov/newsroom)

Case 25-00184-ELG    Doc 25-3 Filed 07/10/25    Entered 07/10/25 20:58:49    Desc
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B    Page 9 of 31

7/10/25, 8:14 AM

- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov/events)
- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)
- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

**District Initiatives**

- Green DC (https://green.dc.gov)
- Grade DC (https://grade.dc.gov)
- Age-Friendly DC (https://agefriendly.dc.gov)
- Sustainable DC (https://sustainable.dc.gov)
- Connect DC (https://connect.dc.gov)
- Great Streets (https://greatstreets.dc.gov)
- Ready DC (https://ready.dc.gov)

**About DC**

- Open DC (https://open.dc.gov)
- Budget (https://cfo.dc.gov/budget)
- Emancipation (https://emancipation.dc.gov)
- Consumer Protection (https://oag.dc.gov/consumer-protection)
- Contracts (https://dc.gov/contracts)
- Property Quest (https://propertyquest.dc.gov)
- Track DC (https://track.dc.gov)

**Contact Us**

- Agency Director (https://directory.dc.gov)
- Call 311 (https://311.dc.gov)
- Contact the Mayor (https://dcforms.dc.gov/webform/executive-office-mayor-ask-mayor)
- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)
- FOIA Requests (https://foia.dc.gov)
- Report Website Problems (https://dcforms.dc.gov/webform/problems-dc-government-website)
- Send Feedback (https://feedback.dc.gov)

https://corponline.dcra.dc.gov/Home.aspx/ProcessRequest

5/6

7/10/25, 8:14 AM                    DLC - Department of Licensing and Consumer Protection

Case 25-00184-ELG    Doc 25-3    Filed 07/10/25    Entered 07/10/25 20:58:49    Desc
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B    Page 10 of 31

## __Exhibit 2__

(Entity Name Search for "Swain Landing")



**Mayor Muriel Bowser**

---

**311 Online (https://311.dc.gov)    Agency Directory (https://dc.gov/directory)**

**Online Services (https://dc.gov/online-services)    Accessibility (https://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# Welcome to CorpOnline

Choose a panel below to get started!



### Register Organization (/Home.aspx/wizard1)

---

Form a new domestic (DC) organization or register an existing foreign (non-DC) organization. (/Home.aspx/wizard1)

7/10/25, 8:17 AM    Case 25-00184-ELG    Doc 25-3    DLCP Department of Licensing and Consumer Protection
Filed 07/10/25    Entered 07/10/25 20:58:49    Desc
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B    Page 13 of 31



**File a Current Year Biennial Report (/Biz.aspx/RedirectFromNewService/125)**

File a Current Year biennial report for your registered organization. (/Biz.aspx/RedirectFromNewService/125)



**Trade Name Registration Services (/Home.aspx/wizardTN)**

Register a New Trade Name or Renew, Amend or Cancel Existing Trade Name. (/Home.aspx/wizardTN)



**Document and Certificate Order (/Home.aspx/wizardDO)**

Order certified copies of corporate filings or certificate of good standing for your organization.
(/Home.aspx/wizardDO?Length=4)



**Other Online Services (/Home.aspx/wizard4)**

File reinstatements, amendments, dissolutions, withdrawals, and more. (/Home.aspx/wizard4?Length=4)

7/10/25, 8:17 A... Case 25-00184-ELG Doc 25-3 Filed 07/10/25 Entered 07/10/25 20:58:49 Desc
DLCP-Department of Licensing and Consumer Protection
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B Page 15 of 31

The following errors/warnings occurred:

- **No Results were found.**



| Business Filings Search | Services Management | My Filing History | My Subscriptions |
| --- | --- | --- | --- |

## Find Your Organization

swain landing

**Search**   **Search Options**

**Search Type:** Entity Name

**Search Depth:** ○ Exact Match
○ Starts With  ● Contains

**Entity Status:** Select...

## Search Results

| Organization Name | File Number | Registration Date | Organization Status | Organization Type | Jurisdiction |
| --- | --- | --- | --- | --- | --- |

4

**District News**

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)

- Citywide News (https://newsroom.dc.gov)

- Citywide Calendar (https://calendar.dc.gov/events)

- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)

- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)

- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

**District Initiatives**

- Green DC (https://green.dc.gov)

- Grade DC (https://grade.dc.gov)

- Age-Friendly DC (https://agefriendly.dc.gov)

- Sustainable DC (https://sustainable.dc.gov)

- Connect DC (https://connect.dc.gov)

- Great Streets (https://greatstreets.dc.gov)

- Ready DC (https://ready.dc.gov)

**About DC**

- Open DC (https://open.dc.gov)

- Budget (https://cfo.dc.gov/budget)

- Emancipation (https://emancipation.dc.gov)

- Consumer Protection (https://oag.dc.gov/consumer-protection)

- Contracts (https://dc.gov/contracts)

- Property Quest (https://propertyquest.dc.gov)

- Track DC (https://track.dc.gov)

**Contact Us**

- Agency Director (https://directory.dc.gov)

- Call 311 (https://311.dc.gov)

- Contact the Mayor (https://dcforms.dc.gov/webform/executive-office-mayor-ask-mayor)

- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)

- FOIA Requests (https://foia.dc.gov)

- Report Website Problems (https://dcforms.dc.gov/webform/problems-dc-government-website)

- Send Feedback (https://feedback.dc.gov)

## **Exhibit 3**

(Entities whose Resident Agent's name contained "Michael Postal")

7/10/25, 8:25 AM    DLC - Department of Licensing and Consumer Protection

Case 25-00184-ELG    Doc 25-3    Filed 07/10/25    Entered 07/10/25 20:58:49    Desc
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B    Page 19 of 31

 **(/Home.aspx/index)**

Mayor Muriel Bowser

**311 Online (https://311.dc.gov)**    **Agency Directory (https://dc.gov/directory)**    **Online Services
(https://dc.gov/online-services)**    **Accessibility (https://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# Welcome to CorpOnline

Choose a panel below to get started!



### Register Organization (/Home.aspx/wizard1)

Form a new domestic (DC) organization or register an existing foreign (non-DC) organization. (/Home.aspx/wizard1)



**File a Current Year Biennial Report (/Biz.aspx/RedirectFromNewService/125)**

File a Current Year biennial report for your registered organization. (/Biz.aspx/RedirectFromNewService/125)



**Trade Name Registration Services (/Home.aspx/wizardTN)**

Register a New Trade Name or Renew, Amend or Cancel Existing Trade Name. (/Home.aspx/wizardTN)



**Document and Certificate Order (/Home.aspx/wizardDO)**

Order certified copies of corporate filings or certificate of good standing for your organization. (/Home.aspx/wizardDO?Length=4)



**Other Online Services (/Home.aspx/wizard4)**

File reinstatements, amendments, dissolutions, withdrawals, and more. (/Home.aspx/wizard4?Length=4)

| Business Filings Search | Services Management | My Filing History | My Subscriptions |

## Find Your Organization

Michael Postal

**Search**    **Search Options**

**Search Type:**    Registered Agent N

**Search Depth:**    ○ Exact Match
○ Starts With    ● Contains

**Entity Status:**    Select...

# Search Results

| Name | Registered Agent | File Number | Effective Date | Status | ModelType | Locale | Address |
|------|------------------|-------------|----------------|--------|-----------|--------|---------|
| 74 Store Management LLC (/BizEntity.aspx/ViewEntityData?entityId=4361623) | Michael Postal | L00008058582 | 5/07/2024 | Active | Limited Liability Company | Domestic | 1763 Columbia Rd NW 1763 Columbia Rd NW Washington, DC 20009 |
| 3101 NAYLOR ROAD APARTMENT BUILDING LLC (/BizEntity.aspx/ViewEntityData?entityId=2881391) | Michael Postal | L25075 | 9/02/2005 | Active | Limited Liability Company | Domestic | 1801 #606 Washington, DC 20009 |
| CAP CITY MANAGEMENT LLC (/BizEntity.aspx/ViewEntityData?entityId=2890638) | Michael Postal | L34188 | 7/24/2007 | Active | Limited Liability Company | Domestic | 1763 Columbia Road NW Suite 100 Washington, DC 20009 |
| RUBEN CONN LLC (/BizEntity.aspx/ViewEntityData?entityId=2873477) | Michael Postal | L16718 | 11/12/2003 | Active | Limited Liability Company | Domestic | 1801 16th Street NW #606 Washington, DC 20009 |
| RUBEN NEW LLC (/BizEntity.aspx/ViewEntityData?entityId=2873479) | Michael Postal | L16720 | 11/12/2003 | Active | Limited Liability Company | Domestic | 1801 16th Street NW #606 Washington, DC 20009 |
| TALBOT CAPITAL IMPERIAL LLC (/BizEntity.aspx/ViewEntityData?entityId=4164809) | Michael Postal | L00005357849 | 3/08/2016 | Active | Limited Liability Company | Domestic | 10112 DAPHNEY HOUSE WAY ROCKVILLE, MD 20850 |
| TENACITY 105 6TH STREET LLC (/BizEntity.aspx/ViewEntityData?entityId=2885058) | Michael Postal | L27230 | 2/22/2006 | Active | Limited Liability Company | Domestic | c/ o Venture X Attn: Kim Sperling 1763 Columbia Road NW Suite 100 Washington, DC 20009 |

| Name | Registered Agent | File Number | Effective Date | Status | ModelType | Locale | Address |
|------|------------------|-------------|----------------|--------|-----------|--------|---------|
| TENACITY 1801 16TH STREET LLC (/BizEntity.aspx/ViewEntityData?entityId=2890717) | Michael Postal | L32931 | 4/03/2007 | Active | Limited Liability Company | Domestic | 1763 Columbia Road NW Suite 100 Washington, DC 20009 |
| TENACITY 6645 GEORGIA AVENUE LLC (/BizEntity.aspx/ViewEntityData?entityId=2882494) | Michael Postal | L25354 | 9/23/2005 | Active | Limited Liability Company | Domestic | 1763 Columbia Road NW Suite 100 Washington, DC 20009 |
| Venture X Adams Morgan LLC (/BizEntity.aspx/ViewEntityData?entityId=4316150) | Michael Postal | L00007215313 | 1/31/2022 | Active | Limited Liability Company | Domestic | 10112 Daphney House Way 10112 Daphney House Way Rockville, MD 20850 |

50

**District News**

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)
- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov/events)
- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)
- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

**District Initiatives**

- Green DC (https://green.dc.gov)
- Grade DC (https://grade.dc.gov)
- Age-Friendly DC (https://agefriendly.dc.gov)
- Sustainable DC (https://sustainable.dc.gov)

- Connect DC (https://connect.dc.gov)

- Great Streets (https://greatstreets.dc.gov)

- Ready DC (https://ready.dc.gov)

**About DC**

- Open DC (https://open.dc.gov)

- Budget (https://cfo.dc.gov/budget)

- Emancipation (https://emancipation.dc.gov)

- Consumer Protection (https://oag.dc.gov/consumer-protection)

- Contracts (https://dc.gov/contracts)

- Property Quest (https://propertyquest.dc.gov)

- Track DC (https://track.dc.gov)

**Contact Us**

- Agency Director (https://directory.dc.gov)

- Call 311 (https://311.dc.gov)

- Contact the Mayor (https://dcforms.dc.gov/webform/executive-office-mayor-ask-mayor)

- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)

- FOIA Requests (https://foia.dc.gov)

- Report Website Problems (https://dcforms.dc.gov/webform/problems-dc-government-website)

- Send Feedback (https://feedback.dc.gov)

## __Exhibit 4__

(Entities whose Resident Agent's name contained "Anjon Jones")

 (/Home.aspx/index)

Mayor Muriel Bowser

---

**311 Online (https://311.dc.gov)        Agency Directory (https://dc.gov/directory)**

**Online Services (https://dc.gov/online-services)        Accessibility**
**(https://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# Welcome to CorpOnline

Choose a panel below to get started!

---



### Register Organization (/Home.aspx/wizard1)

---

Form a new domestic (DC) organization or register an existing foreign (non-DC) organization.
(/Home.aspx/wizard1)



**File a Current Year Biennial Report (/Biz.aspx/RedirectFromNewService/125)**

File a Current Year biennial report for your registered organization. (/Biz.aspx/RedirectFromNewService/125)



**Trade Name Registration Services (/Home.aspx/wizardTN)**

Register a New Trade Name or Renew, Amend or Cancel Existing Trade Name. (/Home.aspx/wizardTN)

7/10/25, 8:25 AM
Case 25-00184-ELG   Doc 25-3   Filed 07/10/25   Entered 07/10/25 20:58:49   Desc
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B   Page 28 of 31
DLCP - Department of Licensing and Consumer Protection



**Document and Certificate Order (/Home.aspx/wizardDO)**

Order certified copies of corporate filings or certificate of good standing for your organization.
(/Home.aspx/wizardDO?Length=4)



**Other Online Services (/Home.aspx/wizard4)**

File reinstatements, amendments, dissolutions, withdrawals, and more. (/Home.aspx/wizard4?Length=4)

The following errors/warnings occurred:

- **No Results were found.**



| Business Filings Search | Services Management | My Filing History | My Subscriptions |

## Find Your Organization

Anjon Jones      **Search**      **Search Options**

**Search Type:**   Registered Ag ⌄

**Search Depth:**   ○ Exact Match

○ Starts With    ● Contains

**Entity Status:**   Select... ⌄

## Search Results

| Name | Registered Agent | File Number | Effective Date | Status | ModelType | Locale | Address |
|------|------------------|-------------|----------------|--------|-----------|--------|---------|

4 ⌄

### District News

-        Mayor's Public Schedule (https://mayor.dc.gov/newsroom)

- Citywide News (https://newsroom.dc.gov)

- Citywide Calendar (https://calendar.dc.gov/events)

- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)

- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)

- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

**District Initiatives**

- Green DC (https://green.dc.gov)

- Grade DC (https://grade.dc.gov)

- Age-Friendly DC (https://agefriendly.dc.gov)

- Sustainable DC (https://sustainable.dc.gov)

- Connect DC (https://connect.dc.gov)

- Great Streets (https://greatstreets.dc.gov)

- Ready DC (https://ready.dc.gov)

**About DC**

- Open DC (https://open.dc.gov)

- Budget (https://cfo.dc.gov/budget)

- Emancipation (https://emancipation.dc.gov)

- Consumer Protection (https://oag.dc.gov/consumer-protection)

- Contracts (https://dc.gov/contracts)

- Property Quest (https://propertyquest.dc.gov)

- Track DC (https://track.dc.gov)

**Contact Us**

- Agency Director (https://directory.dc.gov)

- Call 311 (https://311.dc.gov)

- Contact the Mayor (https://dcforms.dc.gov/webform/executive-office-mayor-ask-mayor)

- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)

- FOIA Requests (https://foia.dc.gov)

- Report Website Problems (https://dcforms.dc.gov/webform/problems-dc-government-website)

- Send Feedback (https://feedback.dc.gov)

7/10/25, 8:25 AM

Case 25-00184-ELG    Doc 25-3    Filed 07/10/25    Entered 07/10/25 20:58:49    Desc
Exhibit C - Declaration of Patrick D. Gardiner In Support of Motion To Dismiss B    Page 31 of 31

DLCP Department of Licensing and Consumer Protection