# **EXHIBIT F**

(Adversary Proceeding Docket Case No. 25-00159 Maryland)

NODIS

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
### Adversary Proceeding #: 25-00159

*Assigned to:* Chief Judge David E Rice
*Demand:* $20075000000

*Date Filed:* 06/10/25
*Date Removed From State:* 06/10/25
*Case Administrator :*   Kelly Horning
*Team Phone:*    301-344-3965

*Nature[s] of Suit:*  01 Determination of removed claim or cause

*Plaintiff*
-----------------------
**Claudia Engelhorn**
2127 Espey Court
Suite 204
Crofton, MD 21114

represented by **Patrick Donald Gardiner**
Henderson Law, LLC
2127 Espey Court
Ste 204
Crofton, MD 21114
410-721-1979
Fax : 410-721-2258
Email: patrick@hendersonlawllc.com

*Plaintiff*
-----------------------
**Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021**
2127 Espey Court
Suite 204
Crofton, MD 21114

represented by **Patrick Donald Gardiner**
(See above for address)

*Plaintiff*
-----------------------
**White Pearl, LLC**
1209 Orange Street
Wilmington, DE 19801

represented by **Patrick Donald Gardiner**
(See above for address)

V.

*Defendant*
-----------------------
**Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021**
The Bolog Law Group
1763 Columbia Road NW
Suite 450N

represented by **Douglas Gansler**
Cadwalader, Wickersham & Taft LLP
700 Sixth Street NW
3rd Floor
20001

Washington, DC 20018

Washington, DC 20001
202-862-2300
Email: douglas.gansler@cwt.com

**Matthew M Karlan**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
212-504-6000
Email: matthew.karlan@cwt.com

*Defendant*
-----------------------
**Whiteford, Taylor & Preston, LLP**
Serve On: Resagent, Inc.
Seven St. Paul Street
Suite 1900
Baltimore, MD 21202

represented by **John J. Connolly**
Zuckerman Spaeder LLP
100 E. Pratt Street
Suite 2440
Baltimore, MD 21202
410-332-0444
Fax : 410-659-0436
Email: jconnolly@zuckerman.com

**William J Murphy**
Zuckerman Spaeder LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202-1031
410-949-1146
Fax : 410-332-0444
Email: wmurphy@zuckerman.com
*LEAD ATTORNEY*

*Defendant*
-----------------------
**Michael Postal**
4302 Broken Arrow Court
Clinton, MD 20735

represented by **Michael Postal**
PRO SE

*Defendant*
-----------------------
**POJO Laplata LLC**
Serve On: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

represented by **POJO Laplata LLC**
PRO SE

*Defendant*
-----------------------
**Darnestown Road, Inc.**

represented by **Douglas Gansler**

Serve On: Erik D. Bolog  
8938 Abbey Terrace  
Potomac, MD 20854

(See above for address)

**Matthew M Karlan**  
(See above for address)

*Defendant*  
-----------------------  
**Science Park Associates, LLC**  
Serve On: Erik D. Bolog, Esq.  
8938 Abbey Terrace  
Potomac, MD 20854

represented by **Douglas Gansler**  
(See above for address)

**Matthew M Karlan**  
(See above for address)

*Defendant*  
-----------------------  
**Swain Landing Laplata JC, LLC**  
Serve On: Anjon Jones  
4302 Broken Arrow Court  
Clinton, MD 20735

represented by **Maurice Belmont VerStandig**  
The VerStandig Law Firm, LLC  
9812 Falls Road  
#114-160  
Potomac, MD 20854  
301-444-4600  
Email: mac@mbvesq.com  
*LEAD ATTORNEY*

*Defendant*  
-----------------------  
**Tenacity Investments, LLC**  
Serve On: Mike Postal  
7333 New Hampshire Avenue  
Unit 103  
Takoma Park, MD 20912

represented by **Tenacity Investments, LLC**  
PRO SE

*Defendant*  
-----------------------  
**Erik D. Bolog**  
9312 Chesley Road  
Potomac, MD 20854

represented by **Douglas Gansler**  
(See above for address)

**Matthew M Karlan**  
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 07/03/2025 | 41 (1531 pgs; 2 docs) | Line *Filing State Court Docket Entries* Filed by Maurice Belmont VerStandig. (Attachments: # 1 State Court Docket Entries) (VerStandig, Maurice). Related document(s) 5 Order Upon Notice Of Removal To Bankruptcy Court. Modified on 7/7/2025 added linkage (Horning, Kelly). (Entered: 07/03/2025) |

| Date | Doc | Description |
|---|---|---|
| 07/03/2025 | | Hearing Set On (related document(s)12 Opposition filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). Hearing scheduled for 8/4/2025 at 01:30 PM. In person hearing Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 07/03/2025) |
| 07/02/2025 | 40 (3 pgs) | BNC Certificate of Mailing. (related document(s)38 Returned Mail Notice to Party (Auto-Docket)). No. of Notices: 11. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/01/2025 | 39 (220 pgs; 3 docs) | Response on behalf of Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC Filed by Douglas Gansler (related document(s)12 Opposition filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Attachments: # 1 Exhibit 1 - Bolog Defendants' Motion to Reconsider # 2 Exhibit 2 - Bolog Defendants' General Answer) (Gansler, Douglas) (Entered: 07/01/2025) |
| 06/30/2025 | 38 (1 pg) | Notice of returned mail to a party, Tenacity Investments, LLC (dft), in this case. (admin) (Entered: 06/30/2025) |
| 06/29/2025 | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 06/14/2025 a notice RE: Order Setting Hearing ap TO Tenacity Investments, LLC Serve On: Mike Postal 7333 New Hampshire Avenue Unit 103 Takoma Park, MD 20912-6959. (admin) (Entered: 06/29/2025) |
| 06/28/2025 | 37 (4 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)23 Notice of Status Conference or Hearing). No. of Notices: 11. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 36 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)27 Order on Motion to Appear pro hac vice). No. of Notices: 11. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 35 (4 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)22 Notice of Hearing). No. of Notices: 11. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 34 (4 pgs) | BNC Certificate of Mailing. (related document(s)26 Notice of Missing Corporate Ownership Statement). No. of Notices: 3. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 33 (4 pgs) | BNC Certificate of Mailing. (related document(s)25 Notice of Missing Corporate Ownership Statement). No. of Notices: 3. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 32 (4 pgs) | BNC Certificate of Mailing. (related document(s)24 Notice of Missing Corporate Ownership Statement). No. of Notices: 3. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |

| | | |
|---|---|---|
| 06/27/2025 | [31](#) (3 pgs) | Notice of Appearance and Request for Notice Filed by Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC. (Karlan, Matthew) (Entered: 06/27/2025) |
| 06/27/2025 | [30](#) (3 pgs) | Statement of Corporate Ownership filed. Filed by Patrick Donald Gardiner. (Gardiner, Patrick) (Entered: 06/27/2025) |
| 06/27/2025 | [29](#) (3 pgs) | Statement of Corporate Ownership filed. Filed by John J. Connolly. (Connolly, John) (Entered: 06/27/2025) |
| 06/26/2025 | [28](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)[11](#) Order on Motion to Extend Time). No. of Notices: 11. Notice Date 06/26/2025. (Admin.) (Entered: 06/27/2025) |
| 06/26/2025 | [27](#) (2 pgs) | Order Granting Motion For Admission Pro Hac Vice (related document(s):[19](#) Motion to Appear pro hac vice for Matthew M. Karlan to Represent Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC. Filed by Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC.). (Horning, Kelly) (Entered: 06/26/2025) |
| 06/26/2025 | [26](#) (2 pgs) | Notice of Missing Corporate Ownership Statement (related document(s)[21](#) Line filed by Defendant Whiteford, Taylor & Preston, LLP). (Horning, Kelly) (Entered: 06/26/2025) |
| 06/26/2025 | [25](#) (2 pgs) | Notice of Missing Corporate Ownership Statement (related document(s)[7](#) Motion to Extend Time filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC, [12](#) Opposition filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC, [15](#) Objection filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Horning, Kelly) (Entered: 06/26/2025) |
| 06/26/2025 | [24](#) (2 pgs) | Notice of Missing Corporate Ownership Statement (related document(s)[8](#) Opposition filed by Defendant Swain Landing Laplata JC, LLC). (Horning, Kelly) (Entered: 06/26/2025) |
| 06/26/2025 | [23](#) (2 pgs) | Notice of Continued Status Conference (related document(s)[1](#) Complaint filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). Status hearing to be held on 8/4/2025 at 01:30 PM. IN PERSON HEARING Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 06/26/2025) |
| 06/26/2025 | [22](#) (2 pgs) | Notice of Hearing (related document(s)[3](#) Motion to Transfer Adversary Case filed by Defendant Swain Landing Laplata JC, LLC, [15](#) Objection filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC, [16](#) Response filed by Defendant Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Defendant Darnestown Road, Inc., Defendant |

| | | |
|---|---|---|
| | | Science Park Associates, LLC, Defendant Erik D. Bolog). Hearing scheduled for 8/4/2025 at 01:30 PM. IN PERSON HEARING Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 06/26/2025) |
| 06/25/2025 | 21 (2 pgs) | Line *Whiteford, Taylor & Preston LLP's Statement of Nonconsent pursuant to Rule 9027* Filed by John J. Connolly. (Connolly, John) (Entered: 06/25/2025) |
| 06/25/2025 | 20 | Receipt of filing fee for Motion to Appear pro hac vice( 25-00159) [motion,mprohcad] ( 100.00). Receipt number A44066301. Fee amount 100.00 (re: Doc # 19) (U.S. Treasury) (Entered: 06/25/2025) |
| 06/25/2025 | 19 (4 pgs) | Motion to Appear pro hac vice *for Matthew M. Karlan to Represent Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC.* Filed by Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC. (Gansler, Douglas)Modified on 6/25/2025 to include parties names being represented by attorney (Horning, Kelly). (Entered: 06/25/2025) |
| 06/25/2025 | 18 (3 pgs) | Statement of Corporate Ownership filed. Filed by Douglas Gansler. (Gansler, Douglas) (Entered: 06/25/2025) |
| 06/25/2025 | 17 (3 pgs) | Statement of Corporate Ownership filed. Filed by Douglas Gansler. (Gansler, Douglas) (Entered: 06/25/2025) |
| 06/24/2025 | 16 (6 pgs) | Response on behalf of Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC Filed by Douglas Gansler (related document(s)3 Motion to Transfer Adversary Case filed by Defendant Swain Landing Laplata JC, LLC). (Gansler, Douglas) (Entered: 06/24/2025) |
| 06/24/2025 | 15 (13 pgs) | Objection on behalf of Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC Filed by Patrick Donald Gardiner (related document(s)3 Motion to Transfer Adversary Case filed by Defendant Swain Landing Laplata JC, LLC). (Gardiner, Patrick) (Entered: 06/24/2025) |
| 06/24/2025 | 14 (3 pgs) | Line - *Bolog Parties Statement of Non-Consent pursuant to Rule 9027* on behalf of Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC Filed by Douglas Gansler. (Gansler, Douglas) (Entered: 06/24/2025) |
| 06/24/2025 | 13 (3 pgs) | Notice of Appearance and Request for Notice Filed by Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC. (Gansler, Douglas) (Entered: 06/24/2025) |
| 06/24/2025 | 12 (54 pgs; 6 docs) | Plaintiffs Response In Opposition To The Bolog Defendants Motion To Reconsider Order Denying Petition For An Order Compelling Arbitration And Staying Proceedings1 and Request for a Hearing on behalf of Claudia Engelhorn, as Trustee of The Whitewater Revocable |

| | | |
|---|---|---|
| | | Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC Filed by Patrick Donald Gardiner. (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Exhibit 2 # 3 Exhibit Exhibit 3 # 4 Exhibit Exhibit 4 # 5 Proposed Order) (Gardiner, Patrick)Modified on 6/25/2025 enhanced title of text (Horning, Kelly). (Entered: 06/24/2025) |
| 06/24/2025 | 11<br>(1 pg) | Order Denying Motion to Extend Time- No hearing is necessary or required to assist the Court in deciding the issues presented. LBR 9013-1(b). The Court has reviewed the Expedited Motion [Docket No. 7] and the Limited Opposition[Docket No. 8] and finds that nothing therein constitutes cause to extend time as requested by the Plaintiffs and Counter-Defendants under Bankruptcy Rule 9006(b). (related document(s):7 Expedited Motion to Extend Time to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3)filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Horning, Kelly) (Entered: 06/24/2025) |
| 06/24/2025 | 10<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC. (Gardiner, Patrick) (Entered: 06/24/2025) |
| 06/24/2025 | 9<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Whiteford, Taylor & Preston, LLP. (Connolly, John) (Entered: 06/24/2025) |
| 06/23/2025 | 8<br>(7 pgs; 2 docs) | Limited Opposition on behalf of Swain Landing Laplata JC, LLC Filed by Maurice Belmont VerStandig (related document(s)7 Motion to Extend Time filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Attachments: # 1 Proposed Order) (VerStandig, Maurice)Modified on 6/24/2025 enhanced title of text (Horning, Kelly). (Entered: 06/23/2025) |
| 06/23/2025 | 7<br>(39 pgs; 3 docs) | Expedited Motion to Extend Time *to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3)* Filed by Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC. (Attachments: # 1 Exhibit # 2 Proposed Order) (Gardiner, Patrick). Related document(s) 3 Motion to Transfer Adversary To Another District filed by Defendant Swain Landing Laplata JC, LLC. Modified on 6/24/2025 added linkage (Horning, Kelly). (Entered: 06/23/2025) |
| 06/14/2025 | 6<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)5 Order Setting Hearing (ap)). No. of Notices: 10. Notice Date 06/14/2025. (Admin.) (Entered: 06/15/2025) |
| 06/12/2025 | 5<br>(2 pgs) | Order Upon Notice Of Removal To Bankruptcy Court (related document(s)1 Complaint filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). Status Conference to be held on 7/17/2025 at 10:00 AM. Virtual hearing - For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Horning, Kelly) (Entered: 06/12/2025) |

| | | |
|---|---|---|
| 06/11/2025 | 4 | Receipt of filing fee for Filing Fee - Other( 25-00159) [misc,recgenbk] ( 350.00). Receipt number A44000937. Fee amount 350.00 (re: Doc # ) (U.S. Treasury) (Entered: 06/11/2025) |
| 06/11/2025 | | Filing Fee - Other - Amount $350. Authorized by Amber Sauria. Filed by Maurice Belmont VerStandig (related document(s)1 Complaint filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (VerStandig, Maurice) (Entered: 06/11/2025) |
| 06/10/2025 | 3 (9 pgs; 2 docs) | Motion to Transfer Adversary To District of Columbia Filed by Swain Landing Laplata JC, LLC . (Attachments: # 1 Proposed Order) (Horning, Kelly) (Entered: 06/10/2025) |
| 06/10/2025 | | Filing Fee - Adversary Complaint - Amount $350. Filed by Maurice Belmont VerStandig (related document(s)1 Complaint filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Grant, Kelly) (Entered: 06/10/2025) |
| 06/10/2025 | 2 (9 pgs; 2 docs) | *PLEASE SEE 3 FOR CORRECTION*Motion for Change of Venue to *the United States Bankruptcy Court for the District of Columbia* Filed by Swain Landing Laplata JC, LLC. (Attachments: # 1 Proposed Order) (VerStandig, Maurice)Modified on 6/10/2025 (Horning, Kelly). (Entered: 06/10/2025) |
| 06/10/2025 | 1 (212 pgs; 7 docs) | (01 (Determination of removed claim or cause)) Complaint by Claudia Engelhorn , Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 , White Pearl, LLC against Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021 , Whiteford, Taylor & Preston, LLP , Michael Postal , POJO Laplata LLC , Darnestown Road, Inc. , Science Park Associates, LLC , Swain Landing Laplata JC, LLC , Tenacity Investments, LLC . The filing fee is DUE - Defendant Swain Landing Laplata JC, LLC is the debtor in the Bankruptcy case . (Attachments: # 1 Complaint and Demand For Jury Trial # 2 Writs of Summons # 3 Amended Complaint and Demand for Jury Trial # 4 Second Amended Complaint and Demand for Jury Trial # 5 Answer of Defendant Whiteford, Taylor, & Preston LLP # 6 The Bolog Defendants' Answer to the Second Amended Complaint) (Horning, Kelly) Modified on 6/10/2025 to update fee status in docket text (Grant, Kelly). (Entered: 06/10/2025) |

## PACER Service Center

### Transaction Receipt

07/08/2025 11:39:03

| PACER Login: | lmacksoud | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 25-00159 Fil or Ent: filed From: 1/1/1990 To: 7/8/2025 Doc From: |

| | | | |
|---|---|---|---|
| | | | 0 Doc To: 9999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |