**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC | Chapter 11 |
| Debtor. | |

**ORDER DISMISSING THE BANKRUPTCY CASE**

Upon the *Motion to Dismiss Bankruptcy Case* (the "Motion")[1] by creditors and parties in interest, Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended (the "Trust"), and White Pearl, LLC (collectively "Movants"); and the Court having considered the Motion, the record of this chapter 11 case; and this Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A); and Venue of this case is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that cause exits to grant the relief requested

IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

1. The Motion is **GRANTED**.

2. The above-captioned chapter 11 bankruptcy case is **DISMISSED WITH PREJUDICE**.

3. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of the Order shall be immediately effective and enforceable upon its entry.