Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater Revocable Trust,
and White Pearl, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>Chapter 11 |

**NOTICE OF HEARING ON AND OPPORTUNITY TO OBJECT TO MOTION TO
<u>DISMISS THE BANKRUPTCY CASE</u>**

PLEASE TAKE NOTICE that creditors and parties in interest, Claudia Engelhorn ("<u>Ms. Engelhorn</u>"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended (the "<u>Trust</u>"), and White Pearl, LLC (collectively "<u>Movants</u>"), by and through undersigned counsel, has filed a *Motion to Dismiss the Bankruptcy Case* (the "<u>Motion</u>"). The Motion seeks entry of an order to dismiss this bankruptcy case with prejudice as set forth in greater detail in the Motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion then on or before **July 31, 2025**: you or your attorney must file with the Court a written objection to the Motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append sworn statements and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to: Sam J. Alberts, Esq., Dentons US, LLP, 1900 K Street, N.W., Washington, DC 20006 and Wes P. Henderson, Esq. and Patrick D. Gardiner, Esq., Henderson Law, LLC, 2127 Espey Court, Suite 204 Crofton, Maryland 21114, co-counsel for the Movants.

**A hearing will be held on the Motion at 9:30 a.m. on August 6, 2025**, **in person and by Zoom.** For Zoom information, please email Gunn_Hearings@dcb.uscourts.gov.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION. THE COURT MAY GRANT THE MOTION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL OF THE RELIEF SOUGHT IN MOTION.

Parties in interest with questions May contact the undersigned.

Dated: July 11, 2025

/s/ Sam J. Alberts
Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel. (202) 496-7500
Email: sam.alberts@dentons.com
Email: david.f.cook@dentons.com

Elysa Chew (*pro hac vice* motion to be filed)
DENTONS US LLP
233 S. Wacker Drive, #5900
Chicago, IL 60606
Tel: (312) 876-8000
elysa.chew@dentons.com

and

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater
Revocable Trust, and White Pearl, LLC*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                              */s/ Sam J. Alberts*
                              Sam J. Alberts