|  | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** |
|---|---|---|---|---|---|
| Lot Sales |  |  | $ 4,627,350 | $ 4,627,350 | $ 4,133,588 |
| NV Deposit |  | $ 1,077,425 |  |  |  |
| Construction | $ (262,592) | $ (3,256,000) | $ (4,726,500) |  |  |
| Soft Costs | $ (75,000) | $ (75,000) | $ (75,000) | $ (75,000) |  |
|  |  |  |  |  |  |
| Total | $ (337,592) | $ (2,591,167) | $ (2,765,317) | $ 1,787,033 | $ 5,920,621 |