The order below is hereby signed.

Signed: July 21 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                        )
                                              )          Case No. 25-184-ELG
Swain Landing LaPlata JC, LLC                 )
                                              )
              Debtor.                         )
_____)

## SCHEDULING ORDER

Upon review of Swain Landing LaPlata JC, LLC's Subchapter V Plan of Reorganization (the "Plan"), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that a hearing on confirmation of the Plan shall be held on August 27, 2025, at 11:00 am prevailing eastern time, via Zoom and in-person, with parties interested in participating remotely being able to retrieve the applicable credentials by sending an e-mail to Gunn_Hearings@dcb.uscourts.gov and with remote participation being governed by General Order 2024-03; and it is further

ORDERED, that the deadline for creditors to submit ballots shall be August 20, 2025, with ballots being returnable to Swain Landing LaPlata JC, LLC, in the care of its counsel, via e-mail sent to mac@dcbankruptcy.com except a party without reasonable access to e-mail may submit a

1

ballot via US Mail to the mailing address printed upon said ballot; all ballots must be received by

August 20, 2025; and it is further

ORDERED, that the deadline for any party in interest to object to confirmation of the Plan

shall be August 20, 2025; and it is further

ORDERED, that debtor shall cause a copy of the Plan, this order and, where appropriate,

a ballot conforming to the official form, to be served upon all parties in interest, via US Mail,

postage prepaid, not later than July 23, 2025; and it is further

ORDERED, that the debtor shall file a tally of ballots received, not later than August 25,

2025.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
THE BELMONT FIRM
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@dcbankruptcy.com
*Counsel for the Debtor*