Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2025, I caused a copy of (i) the debtor's plan of reorganization, DE #34; and (ii) this Honorable Court's scheduling order, DE #35, to be served, via First Class Mail, postage prepaid, upon:

Swain Landing LaPlata JC LLC
1801 16th Street, NW
#606 Washington, DC 20009-3324

Alphonso Stafford Hearns, Jr.
9500 Medical Center Drive
Suite 474
Upper Marlboro, MD 20774-3725

Claudia Engelhorn
1727 Kingsbury Drive
Nashville, TN 37215-5705

NVR, Inc. d/b/a Ryan Homes
656 Quince Orchard Road
Suite 500
Gaithersburg, MD 20878-1409
Patrick D. Gardiner, Esq.

Henderson Law, LLC
2127 Espey Court Suite 204
Crofton, MD 21114-2490

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Wes P. Henderson, Esq.
Henderson Law, LLC
2127 Espey Court Suite 204
Crofton, MD 21114-2490

Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

1

United States Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

    I FURTHER CERTIFY that on this 22nd day of July, 2025, I caused a copy of (i) the debtor's plan of reorganization, DE #34; (ii) this Honorable Court's scheduling order, DE #35; and (iii) a class 1 ballot, to be served, via First Class Mail, postage prepaid, upon:

Catherine and Percy Swain
11505 Myer Road
Bowie, MD 20721-2528

White Pearl, LLC
1209 Orange Street
Wilmington, DE 19801-1120

Erik D. Bolog
c/o Douglas Gansler
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006

                                                  Respectfully submitted,

Dated: July 22, 2025        By:    /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig, Esq.
                                                  Bar No. MD18071
                                                  The Belmont Firm
                                                  1050 Connecticut Avenue, NW
                                                  Suite 500
                                                  Washington, DC 20036
                                                  Phone: (202) 991-1101
                                                  mac@dcbankruptcy.com
                                                  *Counsel for the Debtor*

                          *[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig