The order below is hereby signed.

Signed: July 21 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          )
                                                )    Case No. 25-184-ELG
Swain Landing LaPlata JC, LLC                   )
                                                )
        Debtor.                                 )
_____)

## SCHEDULING ORDER

Upon review of Swain Landing LaPlata JC, LLC's Subchapter V Plan of Reorganization (the "Plan"), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that a hearing on confirmation of the Plan shall be held on August 27, 2025, at 11:00 am prevailing eastern time, via Zoom and in-person, with parties interested in participating remotely being able to retrieve the applicable credentials by sending an e-mail to Gunn_Hearings@dcb.uscourts.gov and with remote participation being governed by General Order 2024-03; and it is further

ORDERED, that the deadline for creditors to submit ballots shall be August 20, 2025, with ballots being returnable to Swain Landing LaPlata JC, LLC, in the care of its counsel, via e-mail sent to mac@dcbankruptcy.com except a party without reasonable access to e-mail may submit a

1

ballot via US Mail to the mailing address printed upon said ballot; all ballots must be received by August 20, 2025; and it is further

ORDERED, that the deadline for any party in interest to object to confirmation of the Plan shall be August 20, 2025; and it is further

ORDERED, that debtor shall cause a copy of the Plan, this order and, where appropriate, a ballot conforming to the official form, to be served upon all parties in interest, via US Mail, postage prepaid, not later than July 23, 2025; and it is further

ORDERED, that the debtor shall file a tally of ballots received, not later than August 25, 2025.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
THE BELMONT FIRM
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@dcbankruptcy.com
*Counsel for the Debtor*

United States Bankruptcy Court

District of Columbia

In re:     Case No. 25-00184-ELG

Swain Landing LaPlata JC LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2

Date Rcvd: Jul 22, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Swain Landing LaPlata JC LLC, 1801 16th Street, NW, #606, Washington, DC 20009-3324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Douglas Gansler | on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com nyecfnotice@cwt.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

| | |
|---|---|
| | on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sam J. Alberts | on behalf of Creditor Claudia Engelhorn Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 8