Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Erik D. Bolog*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Douglas F. Gansler of the law firm Cadwalader, Wickersham & Taft LLP, duly admitted to practice law before the United States District Court for the District of Columbia, hereby enters an appearance on behalf of Erik D. Bolog in the above-captioned action and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: July 30, 2025

        Respectfully submitted,

        CADWALADER, WICKERSHAM & TAFT LLP

        Respectfully,

        Douglas F. Gansler (Bar Number: 425465)
        Cadwalader, Wickersham & Taft LLP
        1919 Pennsylvania Ave N.W.
        Washington D.C. 20006
        Douglas.Gansler@cwt.com
        Telephone: (202) 862-2300

        *Counsel for Erik D. Bolog*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2025, a copy of the foregoing was served electronically upon filing via CM/ECF, with copies being sent to all parties receiving electronic notice herein.

Respectfully,

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Erik D. Bolog*