# **EXHIBIT C**

大成 DENTONS

Patricia L. Lincoln
patricia.lincoln@dentons.com
D    +1 816-460-2407

Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO  64111-7700
United States

dentons.com

November 27, 2022

**VIA USPS FIRST CLASS MAIL**

Swain Landing LaPlata JC LLC
c/o Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

RE:    WHITEWATER REVOCABLE TRUST DATED SEPTEMBER 30, 2021

Dear Mr. Jones,

This firm represents Claudia Engelhorn in connection with her estate planning.  It is our understanding that the Whitewater Revocable Trust dated September 30, 2021 (the "Trust") is a Member of Swain Landing LaPlata JC LLC ("Swain").

The initial Trustees of the Trust were Claudia Engelhorn and Erik D. Bolog.  On November 3, 2022, Claudia Engelhorn amended and restated the Trust in its entirety removing Erik D. Bolog as a Trustee.

Please remove Mr. Bolog from all notices and promptly forward any and all documents and records you have in connection with the Trust to Ms. Engelhorn at:

Claudia Engelhorn
c/o Anthony Williams
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
anthony.williams@dentons.com
(212) 905-8308

Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► Larraín Rencoret ►
For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\122758212\V-1

大成 DENTONS

dentons.com

Swain Landing LaPlata JC LLC
Page 2

Please do not hesitate to contact me if you have any questions.

Sincerely,

*Patricia L. Lincoln* (signature)

Patricia L. Lincoln