**EXHIBIT D**

| | |
|---|---|
| **From:** | Williams, Anthony |
| **Sent:** | Monday, August 21, 2023 3:44 PM |
| **To:** | Michael Postal |
| **Cc:** | Lincoln, Patricia L. |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Dear Mike:

As you know, we are up to our eyes in problems with Erik Bolog. As a result, Claudia does not wish to continue with the Swains Landing project. I would like to work out the method for Claudia to get her money back and unwind the project. I'm in Europe until August 31st, but could you please email me and let me know the best approach for an unwind. Thank you.

**Anthony Williams**
+1 212 905 8308
anthony.williams@dentons.com  |  Bio  |  Website
Assistant: Catherine Warwick +1 212 905 8347
Dentons US LLP

**DENTONS**

Our Legacy Firms  |  Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.