**EXHIBIT E**

**Anthony Williams**

anthony.williams@dentons.com
D    +1 212-905-8308

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

November 17, 2023

**Via Email to:**

Michael Postal

Re:    Swain's Landing LaPlata JC LLC re: Member Withdraw and Return of Capital Contribution

Dear Mr. Postal:

As you know, we represent Claudia Engelhorn as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as may be amended from time to time (the "Trust"). As Anthony Williams has expressed to you via email, Ms. Engelhorn does not have the appetite to continue this project any longer and wishes to have her capital contribution of $585,000.00 returned to her.

It is our understanding that the Operating Agreement for Swain's Landing LaPlata JC, LLC ("Swains") has not been signed by the Trustee of the Trust, and, therefore, there is no Operating Agreement in place for Swains. Swain's Landing LaPlata JC, LLC, was organized as a Maryland limited liability company and as such the default rules for limited liability companies applies to this situation.

While the Maryland statutes provide a process for a Member to withdraw, that process may be modified by agreement of the Members. Additionally, the limited liability company has the option to elect to pay the fair value of the Member's economic interest in the company to the Member upon withdrawal.

Alternatively, under Maryland law a court may dissolve a corporation on grounds that the acts of those controlling the corporation are illegal; oppressive; fraudulent, threatened or actual irreparable harm to the business; detrimental to the shareholders; or misapplication or waste of corporate resources.

It is our understanding that you are a Member of Swains. It is our further understanding the POJO LaPlata LLC ("POJO") is also a Member of Swains and that you are a Member of POJO.

We would like to resolve this matter amicably, therefore, we are requesting that you and POJO as Members of Swains agree to allow the Trust to withdraw as a member and return the Trust's capital contribution. However, if necessary, we are willing to pursue judicial dissolution to effectuate the Trust's withdraw and distribution of capital contribution and believe we have a strong case for the same due to the involvement of Mr. Bolog in this transaction.

If the Trust does not receive confirmation that you and POJO will agree to allow the Trust to withdraw and will elect to return the Trust's capital contribution we will commence judicial dissolution.

**Zaanouni Law Firm & Associates** ► **LuatViet** ► **Fernanda Lopes & Associados** ► **Guevara & Gutierrez** ► **Paz Horowitz Abogados** ► **Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\125406533\V-1

大成 DENTONS

Claudia Engelhorn  dentons.com
November 17, 2023
Page 2

Very truly yours,

*Patricia L. Lincoln*

Patricia L. Lincoln
on behalf of Anthony Williams

AW:pl

US_ACTIVE\125406533\V-1

bcc: Claudia Engelhorn