**EXHIBIT F**

| | |
|---|---|
| **From:** | Michael Postal <MikePostal@TenacityGroup.com> |
| **Sent:** | Monday, November 27, 2023 2:00 PM |
| **To:** | Williams, Anthony |
| **Cc:** | Lincoln, Patricia L.; Claudia Engelhorn |
| **Subject:** | RE: |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[WARNING: EXTERNAL SENDER]**

Confirmed.  The amount was $585,000.

**From:** Williams, Anthony <anthony.williams@dentons.com>
**Sent:** Monday, November 27, 2023 12:07 PM
**To:** Michael Postal <MikePostal@TenacityGroup.com>
**Cc:** Lincoln, Patricia L. <patricia.lincoln@dentons.com>; Claudia Engelhorn <claudia.engelhorn@mannheimllc.com>
**Subject:**

This is an external email and could be malicious.
Dear Mike:

This will confirm that, per our discussion, you will try to return Claudia's investment in Swain's Landing (approximately $600,000) during the first quarter of 2024. Please let me know if there is anything I can do to expedite this process. Thank you.

**Anthony Williams**

+1 212 905 8308
anthony.williams@dentons.com   |   Bio   |   Website
Assistant: Catherine Warwick +1 212 905 8347
Dentons US LLP

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

1