## EXHIBIT G

| | |
|---|---|
| **From:** | Michael Postal <MikePostal@TenacityGroup.com> |
| **Sent:** | Monday, February 12, 2024 12:54 PM |
| **To:** | Williams, Anthony |
| **Cc:** | Lincoln, Patricia L. |
| **Subject:** | Re: |

**[WARNING: EXTERNAL SENDER]**

Our new primary investor has indicated high likelihood to buy Claudia's position.  However, we have been waiting for the Town of LaPlata to solve their water availability problem, thus we have not made a formal presentation to the new investor.

As we get closer to the end of the quarter, I plan to make a presentation regardless of the status, and we will see what they are willing to do.  Obviously, if the water problem is solved, they will be more willing to buy Claudia's position at par.

Please let me know if you wish to discuss this further.

Thanks,

Mike

sent from my iPhone - 301-502-5060

On Feb 12, 2024, at 10:25 AM, Williams, Anthony <anthony.williams@dentons.com> wrote:

This is an external email and could be maliciou.

Dear Mike:

Can you please give us a status report on your efforts to extricate Claudia from the Swains Landing project. We discussed having it done during the first quarter so I thought I would check.

Anthony Williams
+1 212 905 8308

anthony.williams@dentons.com  |  Bio  |  Website
Assistant: Catherine Warwick +1 212 905 8347
Dentons US LLP

DENTONS

Our Legacy Firms  |  Client Experience (CX)

1

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.