**EXHIBIT I**

| | |
|---|---|
| **From:** | Lincoln, Patricia L. |
| **Sent:** | Wednesday, May 08, 2024 3:23 PM |
| **To:** | Michael Postal |
| **Cc:** | Williams, Anthony |
| **Subject:** | RE: Swains Landing LaPlata |
| **Importance:** | High |

Mike,

Please revert with your availability for a call this week or beginning of next week.

Best,

**Patricia L. Lincoln, Esq.**
Counsel

Trusts, Estates and Wealth Preservation; Family Office and High Net Worth
📞 +1 305 390 4637
Miami

---

**From:** Lincoln, Patricia L.
**Sent:** Wednesday, May 01, 2024 7:32 PM
**To:** Michael Postal <MikePostal@TenacityGroup.com>
**Cc:** Williams, Anthony <anthony.williams@dentons.com>
**Subject:** RE: Swains Landing LaPlata

Mike,

Please let us know if you have availability on the following for a call regarding Swains Landing LaPlata:

May 6, 2024, anytime
May 8, 2024, after 2:00 pm/EST

Best,

**Patricia L. Lincoln, Esq.**
Counsel

Trusts, Estates and Wealth Preservation; Family Office and High Net Worth
📞 +1 305 390 4637
Miami

1

**From:** Lincoln, Patricia L.
**Sent:** Wednesday, April 24, 2024 3:32 PM
**To:** Michael Postal <MikePostal@TenacityGroup.com>
**Cc:** Williams, Anthony <anthony.williams@dentons.com>
**Subject:** RE: Swains Landing LaPlata

Mike,

Apologies for the delay in response. Please provide us with available times for a discussion on either Friday or for next week.  We will do our best to accommodate your availability.

Best,


Patricia L. Lincoln, Esq.
Counsel

Trusts, Estates and Wealth Preservation; Family Office and High Net Worth
 +1 305 390 4637
Miami


**From:** Michael Postal <MikePostal@TenacityGroup.com>
**Sent:** Thursday, April 18, 2024 9:21 AM
**To:** Lincoln, Patricia L. <patricia.lincoln@dentons.com>
**Cc:** Williams, Anthony <anthony.williams@dentons.com>
**Subject:** Re: Swains Landing LaPlata

**[WARNING: EXTERNAL SENDER]**

I am traveling today and tomorrow, and responding inflight.

I intended to reach out at the end of the quarter with an update.  We have an investor that is very likely to purchase Claudia's investment, but the investor is requiring that we obtain certain approvals.  These approvals relate to the Town of LaPlata securing water allocations from Charles County.  It is our understanding they are unnecessarily haggling with the County, but our contacts believe a resolution is forthcoming.

I am available next week for a phone call to discuss timing and details.

Thank you,

Mike



sent from my iPhone - 301-502-5060


> On Apr 17, 2024, at 8:30 AM, Lincoln, Patricia L. <patricia.lincoln@dentons.com> wrote:
>
> This is an external email and could be malicious.
> Mike,

2

Attached please find the letter dated April 17, 2024.

Best,

**Patricia L. Lincoln, Esq.**
Counsel

Trusts, Estates and Wealth Preservation; Family Office and High Net Worth

+1 305 390 4637

patricia.lincoln@dentons.com   |   Bio   |   Website
Dentons US LLP | 1 Alhambra Plaza, Penthouse, Miami, FL 33134

**DENTONS**

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

<Letter to Mike Postal dated April 17, 2024.pdf>

3