**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>(Chapter 11) |

**JOINT STIPULATION REGARDING EXTENSION OF
PROOF OF CLAIM DEADLINE**

Creditors and parties in interest, Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Creditors") and above-captioned debtor Swain Landing LaPlata JC, LLC (the "Debtor" and, together with the Creditors, the "Parties"), submit this joint stipulation extending Creditors' time to file proofs of claim.

Creditors and Debtor previously agreed to extend Creditors' deadline to file proofs of claim to July 31, 2025. Creditors' and Debtor each now agree to further extend Creditors' deadline to file proofs of claim to August 7, 2025.

Nothing contained herein shall be construed to prohibit the Parties from requesting or agreeing to additional extensions.

[*Remainder of page intentionally left blank*]

Date:   July 31, 2025

| | |
|---|---|
| /s/ *Maurice B. VerStanding* (with consent) | /s/ *Sam J. Alberts* |
| Maurice Belmont VerStandig | Sam J. Alberts |
| **THE VERSTANDIG LAW FIRM, LLC** | **DENTONS US LLP** |
| 9812 Falls Road #114-160 | 1900 K St. NW |
| Potomac, MD 20854 | Washington, DC 20006 |
| 301-444-4600 | 202-496-7500 |
| mac@mbvesq.com | sam.alberts@dentons.com |
| | |
| *Attorney for Debtor* | -and- |

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for the Creditors*

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                         */s/ Sam J. Alberts*
                                         Sam J. Alberts

# **EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>(Chapter 11) |

**ORDER**

THIS MATTER came before the Court upon the stipulation ("Stipulation") by and between Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Creditors") and above-captioned debtor Swain Landing LaPlata JC, LLC (the "Debtor" and, together with the Creditors, the "Parties"). The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1. Creditors are granted until August 7, 2025 to file proofs of claim.

2. Nothing contained herein prohibits the Parties from requesting or agreeing to additional extensions of time.

130831495\V-2