**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:    Swain Landing LaPlata JC LLC<br><br>         Debtor In Possession | Case No. 25-00184-ELG<br><br>Chapter 11 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

at the request of the Court, the hearing scheduled for 8/6/2025 is continued to 8/13/2025 at 9:30 AM.

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Meeting Code)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: CA
Dated: 08/04/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.