The order below is hereby signed.

Signed: August 5 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

Swain Landing LaPlata JC, LLC

Debtor.

Case No. 25-184-ELG

(Chapter 11)

### STIPULATED ORDER EXTENDING PROOF OF CLAIM DEADLINE

THIS MATTER came before the Court upon the stipulation ("Stipulation") by and between Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Creditors") and above-captioned debtor Swain Landing LaPlata JC, LLC (the "Debtor" and, together with the Creditors, the "Parties").  The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1. Creditors are granted until August 7, 2025 to file proofs of claim.

2. Nothing contained herein prohibits the Parties from requesting or agreeing to additional extensions of time.

/s/ *Maurice B. VerStandig* (with consent)
Maurice Belmont VerStandig
**THE VERSTANDIG LAW FIRM, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
301-444-4600
mac@mbvesq.com

*Attorney for Debtor*

/s/ *Sam J. Alberts*
Sam J. Alberts
**DENTONS US LLP**
1900 K St. NW
Washington, DC 20006
202-496-7500
sam.alberts@dentons.com

-and-

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for the Plaintiffs*