# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

Swain Landing LaPlata JC, LLC

      Debtor.

Case No. 25-184-ELG

Chapter 11

Re: Docket Nos. 25, 41

## SUPPLEMENTAL DECLARATION OF CLAUDIA ENGELHORN
## IN FURTHER SUPPORT OF MOTION TO DISMISS BANKRUPTCY CASE

I, Claudia Engelhorn, declare under penalty of perjury as follows:

1. I am the trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended and restated (the "Trust").

2. The Trust is a revocable trust duly created on September 30, 2021, initially under the laws of the Commonwealth of Virginia. I am a grantor under the Trust and a trustee. White Pearl LLC ("White Pearl") is a corporation organized and existing under the laws of Delaware with its principal place of business located in Wilmington, Delaware. The Trust is the sole principal of White Pearl.

3. I make this supplemental declaration in further support of the Motion to Dismiss Bankruptcy Case [Docket No. 25] (the "Motion to Dismiss") and the Reply in Support of the Motion to Dismiss the Bankruptcy Case [Docket No. 41] (the "Reply").[1]

4. To the best of my memory, I was not shown a copy of the operating agreement attached to the Reply as Exhibit A (the "Original" Operating Agreement").

5. To the best of my memory, I was not told that there was an operating agreement in existence when the Trust and/or White Pearl was brought into Swain Landing.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion to Dismiss or the Reply, as context dictates.

Dated: July 31, 2025          By:  _____
                                   Claudia Engelhon
                                   Individually and as trustee of the Whitewater
                                   Revocable Trust dated September 30, 2021,
                                   as amended