22NTCHRG

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re: Swain Landing LaPlata JC LLC | Case No. 25-00184-ELG |
|---|---|
| Debtor In Possession | Chapter 11 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

at the request of the Court, the hearing scheduled for 8/6/2025 is continued to 8/13/2025 at 9:30 AM.

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Meeting Code)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: CA
Dated: 08/04/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 25-00184-ELG

Swain Landing LaPlata JC LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1    User: admin    Page 1 of 2
Date Rcvd: Aug 04, 2025    Form ID: pdf001    Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 786836 | + | Alphonso Stafford Hearns, Jr., 9500 Medical Center Drive, Suite 474, Upper Marlboro, MD 20774-3725 |
| 786837 | + | Catherine and Percy Swain, 11505 Myer Road, Bowie, MD 20721-2528 |
| 786838 | + | Claudia Engelhorn, 1727 Kingsbury Drive, Nashville, TN 37215-5705 |
| 787861 | + | Erik D. Bolog c/o Douglas Gansler, Cadwalader, Wickersham & Taft LLP, 1919 Pennsylvania Ave N.W., Washington D.C. 20006, Douglas.Gansler@cwt.com 20006-3420 |
| 786839 | + | NVR, Inc. d/b/a Ryan Homes, 656 Quince Orchard Road, Suite 500, Gaithersburg, MD 20878-1409 |
| 786840 | + | Patrick D. Gardiner, Esq., Henderson Law, LLC, 2127 Espey Court Suite 204, Crofton, MD 21114-2490 |
| 786841 | + | Wes P. Henderson, Esq., Henderson Law, LLC, 2127 Espey Court Suite 204, Crofton, MD 21114-2490 |
| 786842 | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Douglas Gansler | on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com nyecfnotice@cwt.com |
| Douglas Gansler | |

| | |
|---|---|
| | on behalf of Creditor Erik D. Bolog douglas.gansler@cwt.com nyecfnotice@cwt.com |
| Kristen S. Eustis | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | |
| | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sam J. Alberts | |
| | on behalf of Creditor Claudia Engelhorn Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| U. S. Trustee for Region Four | |
| | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 9