The order below is hereby signed.

Signed: August 5 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| In re: | |
|---|---|
| Swain Landing LaPlata JC, LLC | Case No. 25-184-ELG |
| Debtor. | (Chapter 11) |

## STIPULATED ORDER EXTENDING PROOF OF CLAIM DEADLINE

THIS MATTER came before the Court upon the stipulation ("Stipulation") by and between Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Creditors") and above-captioned debtor Swain Landing LaPlata JC, LLC (the "Debtor" and, together with the Creditors, the "Parties"). The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1. Creditors are granted until August 7, 2025 to file proofs of claim.

2. Nothing contained herein prohibits the Parties from requesting or agreeing to additional extensions of time.

/s/ *Maurice B. VerStandig* (with consent)  
Maurice Belmont VerStandig  
**THE VERSTANDIG LAW FIRM, LLC**  
9812 Falls Road #114-160  
Potomac, MD 20854  
301-444-4600  
mac@mbvesq.com

*Attorney for Debtor*

/s/ *Sam J. Alberts*  
Sam J. Alberts  
**DENTONS US LLP**  
1900 K St. NW  
Washington, DC 20006  
202-496-7500  
sam.alberts@dentons.com

-and-

Wes P. Henderson  
Patrick D. Gardiner  
**HENDERSON LAW, LLC**  
2127 Espey Court, Suite 204  
Crofton, Maryland 21114  
410-721-2258  
wph@hendersonlawllc.com  
patrick@hendersonlawllc.com

*Attorneys for the Plaintiffs*

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 25-00184-ELG |
| Swain Landing LaPlata JC LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

**Recip ID     Recipient Name and Address**
dbpos     +  Swain Landing LaPlata JC LLC, 1801 16th Street, NW, #606, Washington, DC 20009-3324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

**Name**                **Email Address**

Angela Shortall
    ashortall@3cubed-as.com  md70@ecfcbis.com

Craig Palik
    on behalf of Defendant Percy Swain cpalik@mhlawyers.com
    cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com

Craig Palik
    on behalf of Defendant Catherine Swain cpalik@mhlawyers.com
    cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com

Douglas Gansler
    on behalf of Creditor Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com

Douglas Gansler

| | |
|---|---|
| | on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com nyecfnotice@cwt.com |
| Kristen S. Eustis | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | |
| | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sam J. Alberts | |
| | on behalf of Creditor Claudia Engelhorn Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| U. S. Trustee for Region Four | |
| | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 11