**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>       Debtor. | Case No. 25-184-ELG<br><br>Chapter 11<br><br>Related to Docket Nos. 25, 31, 41, 43, and 49<br><br>Requested Hearing Date: August 13, 2025<br>Requested Hearing Time:  10:00 a.m. |

**MOTION FOR ENTRY OF AN ORDER**
**SCHEDULING AN EXPEDITED HEARING**

Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Movants"), by an through their undersigned counsel, respectfully state as follows in support of this motion (this "Motion"):

**RELIEF REQUESTED**

1.      Pursuant to § 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Bankruptcy Rules"), Movants seek entry of an order (a) shortening the notice requirement for the *Expedited Motion to (I) Shorten Time for Discovery Response Period and (II) Reschedule Hearing on Motion to Dismiss* [Docket No. 49] (the "Expedited Motion")[1] and (b) scheduling an expedited hearing on the Expedited Motion for August 13, 2025 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Expedited Motion.

**BASIS FOR RELIEF**

2.          Pursuant to the Local Bankruptcy Rules, the Debtors are seeking an expedited hearing because the Expedited Motion will be filed and served less than twenty-one (21) days prior to the Hearing.

3.          Section 105(a) of the Bankruptcy Code authorizes this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." Further, Bankruptcy Rule 9006(c) provides that the Court, for cause shown, may in its discretion reduce the notice period normally required for motions. Finally, Local Bankruptcy Rule 9013-2 allows a hearing to be scheduled on an expedited basis by separate motion and with statements explaining why the motion requires an expedited ruling by the Court.

4.          The Movants request that the Court shorten the notice period otherwise required by the Local Rules and hear the Expedited Motion on an expedited basis. The relief requested in the Expedited Motion is necessary for the timely resolution of the Movants' *Motion to Dismiss the Bankruptcy Case* [Docket No. 25].

5.          The limited and targeted relief requested in the Expedited Motion can be heard at the Hearing without prejudice to the Debtor or other parties in interest in this case. Accordingly, the Movants believe that hearing the Expedited Motion on an expedited basis is appropriate under the circumstances.

**WHEREFORE**, the Debtors respectfully request entry of an order granting the relief requested herein, together with such other and further relief as the Court deems just and proper.

*[Remainder of page intentionally left blank]*

Dated: August 11, 2025

/s/ *Sam J. Alberts*
Sam J. Alberts (DC Bar # 443260)
**DENTONS US LLP**
1900 K St. NW
Washington, DC 20006
202-496-7500
sam.alberts@dentons.com

-and-

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Movants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August 2025 a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ *Sam J. Alberts*
Sam J. Alberts

## <u>EXHIBIT 1</u>

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br><br>Swain Landing LaPlata JC, LLC<br><br><br>     Debtor. | Case No. 25-184-ELG<br><br><br>Chapter 11 |

**ORDER (I) SHORTENING TIME TO RESPOND TO DISCOVERY AND**
**(II) RESCHEDULING HEARING ON MOTION TO DISMISS**

THIS MATTER came before the Court upon the motion (the "Motion")[2] by Claudia

Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust

dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White

Pearl") and, collectively, "Movants") seeking to expedite the hearing on the Movants' *Motion to*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

*(I) Shorten Time for Discovery Response Period and (II) Reschedule Hearing on Motion to Dismiss* [Docket No. 49] (the "Expedited Motion").  The Court has reviewed the Motion and other pertinent pleadings. Based  upon the Motion, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1.       The Expedited Motion is set for hearing on August 13, 2025.