# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>Chapter 11 |

## ORDER (I) SHORTENING TIME TO RESPOND TO DISCOVERY AND
## (II) RESCHEDULING HEARING ON MOTION TO DISMISS

THIS MATTER came before the Court upon the motion (the "Motion")[2] by Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Movants") seeking to expedite the hearing on the Movants' *Motion to*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

*(I) Shorten Time for Discovery Response Period and (II) Reschedule Hearing on Motion to Dismiss* [Docket No. 49] (the "Expedited Motion"). The Court has reviewed the Motion and other pertinent pleadings. Based upon the Motion, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1. The Expedited Motion is set for hearing on August 13, 2025.