Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater Revocable Trust,
and White Pearl, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>Chapter 11 |

### <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

Please take notice that Wes P. Henderson, and Patrick D. Gardiner of Henderson Law, LLC as co-counsel of record for Claudia Engelhorn, Individually and as Trustee of the Whitewater Revocable Trust Dated September 30, 2021, as amended, and White Pearl, LLC and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

Wes P. Henderson, (Bar ID: 502935)
Patrick D. Gardiner, (Bar ID: 1630864)
Henderson Law, LLC
2127 Espey Court, Suite 204
Crofton, MD 21114
(T) 410-721-1979
(F) 410-721-2258
wph@hendersonlawllc.com
Patrick@hendersonlawllc.com

Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.  Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9010 and 9013.

August 12, 2025

*/s/ Patrick D. Gardiner*
Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

and

Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel. (202) 496-7500
Email: sam.alberts@dentons.com
Email: david.f.cook@dentons.com

Elysa Chew (*pro hac* vice motion to be filed)
DENTONS US LLP
233 S. Wacker Drive, #5900
Chicago, IL 60606
Tel: (312) 876-8000
Elysa.chew@dentons.com

*Co-Counsel for Claudia Engelhorn,*
*Individually and on behalf of the Whitewater*
*Revocable Trust, and White Pearl, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2025, a copy of the foregoing was served electronically via the ECF system, with copies being sent to all parties receiving electronic notice herein.

_/s/ Patrick D. Gardiner_____
Patrick D. Gardiner (DC Bar #1630864)