Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Erik D. Bolog*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>                    Debtor. | Case No. 25-184-ELG |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(e) of the Local Rules of the United Stated District Court of the District of Columbia and Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Columbia, the undersigned hereby move this Court for an Order admitting Matthew M. Karlan to practice *pro hac vice* before this Court and appear as counsel for Erik D. Bolog, a creditor, in the above-captioned action.

As set forth in the Declaration of Matthew M. Karlan attached hereto as **Exhibit A**, Mr. Karlan is a member in good standing of the bar of the State of New York; has not been disciplined by any bar; and there are no disciplinary proceedings presently pending against him in any court. He has not been admitted *pro hac vice* in this Court within the last two years, does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District Columbia Bar, and does not have an application for membership pending. A proposed order is attached hereto as **Exhibit B.**

Dated: August 18, 2025

        MOVANT

        Respectfully submitted,

        CADWALADER, WICKERSHAM & TAFT LLP

        Respectfully,

        *[signature]*

        Douglas F. Gansler (Bar Number: 425465)
        Cadwalader, Wickersham & Taft LLP
        1919 Pennsylvania Ave N.W.
        Washington D.C. 20006
        Douglas.Gansler@cwt.com
        Telephone: (202) 862-2300

        PROPOSED ADMITTEE

        By: */s/ Matthew M. Karlan*
        Matthew M. Karlan
        (signed by Douglas F. Gansler with permission of
        Matthew M. Karlan)
        Cadwalader, Wickersham & Taft LLP
        200 Liberty Street
        New York, NY 10281
        Matthew.Karlan@cwt.com
        Telephone: (212) 504-6000

        *Counsel for Erik D. Bolog*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2025, a copy of the foregoing was served electronically upon filing via CM/ECF, with copies being sent to all parties receiving electronic notice herein.

Respectfully,

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Erik D. Bolog*