**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

Swain Landing LaPlata JC, LLC

Debtor.

Case No. 25-184-ELG

**DECLARATION OF MATTHEW M. KARLAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew M. Karlan, pursuant to Local Rule 83.2(e) of the Local Rules of the United States District Court of the District of Columbia, and Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Columbia, declare as follows.

1. I am a member in good standing of the bar of the State of New York (Bar No. 4994984).

2. I maintain an office at 200 Liberty Street, New York, NY 10281. My telephone number is (212) 504-6000 and my fax number is (212) 504-6666.

3. I am admitted to the following courts:

    - State of New York, First Department: February 27, 2012;

    - United States District Court for the Southern District of New York: July 17, 2012;

    - United States District Court for the Eastern District of New York: August 16, 2012;

    - United States Court of Appeals for the Second Circuit: August 31, 2018;

    - State of Connecticut: March 13, 2024.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

6. No proceedings which could lead to such disciplinary action have been instituted against me.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for membership pending.

8. I do not engage in the practice of law from an office located in the District of Columbia.

9. I do not have a pending application for admission into the United States District Court for the District of Columbia.

10. The $100.00 fee for admission *pro hac vice* accompanies this motion.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2025

_____
Matthew M. Karlan