**EXHIBIT B**

-2-

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of the *Motion for Admission Pro Hac Vice* (the "Motion"), it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Matthew M. Karlan is admitted to practice *pro hac vice* in the above-captioned case in the United States Bankruptcy Court for the District of Columbia.

Dated: _____ , 2025

_____