The order below is hereby signed.

Signed: September 11 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 25-00184-ELG** |
| **Swain Landing LaPlata JC, LLC,** <br> **Debtor.** | **Chapter 11** |

## ORDER DENYING PLEADING AS MOOT

On August 11, 2025, Claudia Engelhorn, individually and as Trustee of the Whitewater Revocable Trust, and White Pearl LLC filed an *Expedited Motion to (I) Shorten Response Period for Discovery Related to the Motion to Dismiss and (II) Reschedule Hearing on Motion to Dismiss* (the "Expedited Motion") (ECF No. 49). The Court held a hearing on August 20, 2025 and denied the *Motion to Dismiss the Bankruptcy Case* (ECF No. 25). Therefore, the relief sought in the Expedited Motion is moot.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Expedited Motion (ECF No. 49) is **DENIED** as **MOOT**.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.