The order below is hereby signed.

Signed: September 11 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-00184-ELG |
| **Swain Landing LaPlata JC LLC,** Debtor. | Chapter 11 |

### ORDER GRANTING MOTION

The Court has before it the *Expedited Motion to (I) Shorten Response Period for Discovery Related to the Motion to Dismiss and (II) Reschedule Hearing on Motion to Dismiss* (the "Expedited Motion") (ECF No. 49) and corresponding *Motion for Entry of an Order Scheduling and Expedited Hearing* (the "Motion to Expedite") (ECF No. 50) filed by Claudia Engelhorn, individually and as Trustee of the Whitewater Revocable Trust, and White Pearl LLC. The Motion to Expedite seeks to shorten the notice period and hold a hearing on the Expedited Motion on an expedited basis.

For the reasons stated on the record at the hearing on August 13, 2025, it is **ORDERED** that the Motion to Expedite (ECF No.50) is **GRANTED** and a hearing on the Expedited Motion (ECF No. 49) will be **August 13, 2025, at 9:30 a.m**.

[Signed and dated above.]

Copies to: recipients of electronic notification.