The order below is hereby signed.

Signed: September 11 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 25-00184-ELG |
| **Swain Landing LaPlata JC LLC,** Debtor. | Chapter 11 |

## ORDER GRANTING MOTION

The Court has before it the *Expedited Motion to (I) Shorten Response Period for Discovery Related to the Motion to Dismiss and (II) Reschedule Hearing on Motion to Dismiss* (the "Expedited Motion") (ECF No. 49) and corresponding *Motion for Entry of an Order Scheduling and Expedited Hearing* (the "Motion to Expedite") (ECF No. 50) filed by Claudia Engelhorn, individually and as Trustee of the Whitewater Revocable Trust, and White Pearl LLC. The Motion to Expedite seeks to shorten the notice period and hold a hearing on the Expedited Motion on an expedited basis.

For the reasons stated on the record at the hearing on August 13, 2025, it is **ORDERED** that the Motion to Expedite (ECF No.50) is **GRANTED** and a hearing on the Expedited Motion (ECF No. 49) will be **August 13, 2025, at 9:30 a.m**.

[Signed and dated above.]

Copies to: recipients of electronic notification.

United States Bankruptcy Court

District of Columbia

In re:                                                                                                         Case No. 25-00184-ELG

Swain Landing LaPlata JC LLC                                                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Swain Landing LaPlata JC LLC, 1801 16th Street, NW, #606, Washington, DC 20009-3324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com  md70@ecfcbis.com |
| Craig Palik | on behalf of Defendant Percy Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | on behalf of Defendant Catherine Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | on behalf of Creditor Catherine Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |

Douglas Gansler
    on behalf of Creditor Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com

Douglas Gansler
    on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Patrick Donald Gardiner
    on behalf of Creditor Claudia Engelhorn  Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC patrick@hendersonlawllc.com

Sam J. Alberts
    on behalf of Creditor Claudia Engelhorn  Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 13