The order below is hereby signed.

Signed: October 9 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

**In re:**

| Swain Landing LaPlata JC LLC, | Case No. 25-00184-ELG |
|---|---|
| Debtor. | Chapter 11 |

## ORDER DENYING MOTION TO DISMISS CASE

On July 10, 2025, Claudia Engelhorn, individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, (the "Movants") filed a *Motion to Dismiss the Bankruptcy Case* (the "Motion to Dismiss") (ECF No. 25). In addition to the Motion to Dismiss the Court has before it the following documents: (1) an *Opposition* (the "Swain Opposition") (ECF No. 31) filed by Swain Landing LaPlata JC, LLC (the "Debtor"); (2) an *Opposition* (the "Bolog Opposition") (ECF No. 40) filed by Eric D. Bolog; (3) a *Reply* (ECF No. 41) filed by the Movants; (4) a *Supplemental Declaration of Claudia Engelhorn* (ECF No. 45) filed by the Movants; and (5) a *Supplemental Opposition* (ECF No. 48) filed by the Debtor. These matters were heard by the Court on August 15, 2025 and August 20, 2025 (the "Hearing").

For the reasons stated on the record at the Hearing, the Court finds that the Debtor had the requisite authority to file the petition. Therefore, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**. Within five (5) days of entry of this Order, the Debtor shall submit an updated scheduling order for consideration of confirmation of the Debtor's subchapter V plan (ECF No. 34).

[Signed and dated above.]

Copies to: all parties in interest.