The order below is hereby signed.

Signed: October 9 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

Swain Landing LaPlata JC LLC,
Debtor.

Case No. 25-00184-ELG
Chapter 11

### ORDER DENYING MOTION TO DISMISS CASE

On July 10, 2025, Claudia Engelhorn, individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, (the "Movants") filed a *Motion to Dismiss the Bankruptcy Case* (the "Motion to Dismiss") (ECF No. 25). In addition to the Motion to Dismiss the Court has before it the following documents: (1) an *Opposition* (the "Swain Opposition") (ECF No. 31) filed by Swain Landing LaPlata JC, LLC (the "Debtor"); (2) an *Opposition* (the "Bolog Opposition") (ECF No. 40) filed by Eric D. Bolog; (3) a *Reply* (ECF No. 41) filed by the Movants; (4) a *Supplemental Declaration of Claudia Engelhorn* (ECF No. 45) filed by the Movants; and (5) a *Supplemental Opposition* (ECF No. 48) filed by the Debtor. These matters were heard by the Court on August 15, 2025 and August 20, 2025 (the "Hearing").

For the reasons stated on the record at the Hearing, the Court finds that the Debtor had the requisite authority to file the petition. Therefore, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**. Within five (5) days of entry of this Order, the Debtor shall submit an updated scheduling order for consideration of confirmation of the Debtor's subchapter V plan (ECF No. 34).

[Signed and dated above.]

Copies to: all parties in interest.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 25-00184-ELG

Swain Landing LaPlata JC LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Swain Landing LaPlata JC LLC, 1801 16th Street, NW, #606, Washington, DC 20009-3324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Craig Palik | on behalf of Interested Party Percy Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | on behalf of Defendant Catherine Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | on behalf of Defendant Percy Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |

Case 25-00184-ELG    Doc 70    Filed 10/11/25    Entered 10/12/25 00:04:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Craig Palik | on behalf of Creditor Catherine Swain cpalik@mhlawyers.com cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Douglas Gansler | on behalf of Defendant Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Creditor Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Defendant Erik D. Bolog  as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021 douglas.gansler@cwt.com, nyecfnotice@cwt.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing Laplata JC LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Patrick Donald Gardiner | on behalf of Plaintiff Claudia Engelhorn patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Plaintiff Claudia Engelhorn  as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Creditor Claudia Engelhorn  Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Plaintiff White Pearl  LLC patrick@hendersonlawllc.com |
| Sam J. Alberts | on behalf of Plaintiff Claudia Engelhorn sam.alberts@dentons.com docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| Sam J. Alberts | on behalf of Plaintiff White Pearl  LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| Sam J. Alberts | on behalf of Plaintiff Claudia Engelhorn  as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| Sam J. Alberts | on behalf of Creditor Claudia Engelhorn  Individually and on behalf of the Whitewater Revocable Trust, and White Pearl, LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 23