**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>Chapter 11 |

**ORDER REQUIRING DISCLOSURE STATEMENT**

On December 8, 2025, White Pearl, LLC ("White Pearl" or the "Movant") filed a motion for entry of an order (i) requiring the filing of a disclosure statement, and (ii) granting related relief [Docket No. ●] (the "Motion").[1] The Motion was heard at a hearing on January 6, 2025 (the "Hearing"). Upon consideration of the Motion and the arguments at the Hearing, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Section 1125 of the Bankruptcy Code is applicable in this chapter 11 case.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. The Debtor is required to comply with all aspects of § 1125, including filing a disclosure statement on or before [●].

2

**Prepared by:**

/s/ *draft*_____
Sam J. Alberts (DC Bar # 443260)
**DENTONS US LLP**
1900 K St. NW
Washington, DC 20006
202-496-7500
sam.alberts@dentons.com

-and-

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for White Pearl*