| | |
|---|---|
| Sam J. Alberts (DC Bar # 443260)<br>DENTONS US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 408-7004<br>Email: sam.alberts@dentons.com<br><br>Elysa Chew (*pro hac vice* motion to be filed)<br>DENTONS US LLP<br>233 S. Wacker Drive, #5900<br>Chicago, IL 60606<br>Tel: (312) 876-8000<br>Email: elysa.chew@dentons.com | Wes P. Henderson, Esq. (DC Bar #502935)<br>Patrick D. Gardiner, Esq. (DC Bar #1630864)<br>HENDERSON LAW, LLC<br>2127 Espey Court, Suite 204<br>Crofton, Maryland 21114<br>T: (410) 721-1979<br>F: (410) 721-2258<br>Email: wph@hendersonlawllc.com<br>Email: patrick@hendersonlawllc.com |

*Co-Counsel for Movant*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br><br>Chapter 11<br><br>Re: Docket No. 77<br><br>**Hearing Date**: January 6, 2026<br>**Hearing Time**: 10:00 a.m.<br>       prevailing Eastern Time |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

PLEASE TAKE NOTICE that White Pearl, LLC ("Movant") has filed a *Motion Seeking Entry of an Order Requiring the Filing of a Disclosure Statement* (Docket No. 77) (the "Motion").

PLEASE TAKE FURTHER NOTICE that if you do not want the Court to grant the Motion or if you would like the Court to consider your views, then on or before **December 30, 2025**, you must file a written objection with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and serve a copy thereof upon the undersigned counsel for the Movant.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, on **January 6, 2026 at 10:00 a.m. prevailing Eastern Time**. The hearing will be held both in person and *via* Zoom video conferencing. For meeting code, please contact gunn_hearings@dcb.uscourts.gov.

Dated: December 8, 2025

/s/ *Sam J. Alberts*
Sam J. Alberts (DC Bar # 443260)
**DENTONS US LLP**
1900 K St. NW
Washington, DC 20006
202-496-7500
sam.alberts@dentons.com

-and-

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 8, 2025 a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

*/s/ Sam J. Alberts*
Sam J. Alberts