The order below is hereby signed.

Signed: January 2 2026

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## SCHEDULING ORDER

Upon the request of Swain Landing LaPlata JC, LLC ("Swain Landing" or the "Debtor"), the record in this case, including the pleadings and papers filed and the arguments made in related adversary proceedings, and for good cause, it is, by the Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that by February 3, 2026, the Debtor shall file any amendment ("Amendment") to the *Swain Landing LaPlata JC, LLC's Subchapter V Plan of Reorganization* filed on July 21, 2025 at Docket Entry #34 (the "Plan"); and it is further

ORDERED that in the event that Court grants the pending request for the filing of a disclosure statement pursuant to section 1125 of 11 USC 101 *et seq*. (the "Bankruptcy Code") in accordance with Bankruptcy Code section 1181(b), the deadline to file the disclosure statement (the "Disclosure Statement") shall be February 3, 2026; and it is further

ORDERED that the Debtor shall serve a copy of the Plan alongside any Amendment, and a copy of the Disclosure Statement (if applicable) alongside a copy of this order and a ballot, on all parties on the mailing matrix in this case, via first class mail, postage prepaid, not later than by February 4, 2026; and it is further

ORDERED, that objections to the confirmation of the Plan and approval of the Disclosure Statement (if appliable) any, shall be filed not later than March 4, 2026; and it is further

ORDERED, that all ballots must be returned to counsel for the Debtor, via e-mail, to mac@mbvesq.com, not later than March 4, 2026; and it is further

ORDERED, that a tally of ballots shall be filed by the Debtor not later than March 11, 2026; and it is further

ORDERED, that any discovery in connection with confirmation of the Plan shall be concluded not later than March 6, 2026, with it being incumbent upon parties to issue written discovery to the extent not already propounded, in accordance with the rules of Bankruptcy Procedure and in a manner sufficiently timely as to allow responses to come due on or before that date; and it is further

ORDERED, that any preconfirmation issue in dispute, including any unresolved issue(s) of discovery, shall be heard on March 18, 2026 at 11:00 am; and it is further.

ORDERED, that a hearing on confirmation of the Plan shall be held at 11:00 am prevailing Eastern Time on March 25, 2026, in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001, though any party not introducing evidence or examining witnesses may appear at the same hearing via Zoom, with Zoom credentials to be obtained upon request sent to Gunn_Hearings@dcb.uscourts.gov.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Sam J. Alberts (signed w/ express permission)
Sam J. Alberts, Esq.
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
Sam.alberts@dentons.com
Counsel for Claudia Engelhorn and Related Parties