Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO APPROVE COMPROMISE WITH WHITE PEARL, LLC**

NOTICE IS HEREBY GIVEN that Swain Landing LaPlata JC, LLC (the "Debtor") has filed a motion seeking authority to enter into a global settlement agreement with White Pearl, LLC. A copy of the subject agreement is appended to the motion and the terms thereof are highlighted in the motion. Parties in interest are urged to review the agreement—in detail—in a manner sufficiently timely so as to permit objection thereto should any party believe such prudent. A copy of the motion and the agreement may be retrieved from the official docket in this case (available online and accessible in the Clerk's office, at the address below) or by e-mailing counsel for the Debtor at mac@dcbankruptcy.com.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE SEPTEMBER 11, 2026, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must

contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for September 16, 2026 at 10:00 AM. The hearing will be held via hybrid means, both in person and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: August 25, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system and via US Mail, postage prepaid, to all parties on the attached mailing matrix *except* for those parties known to be receiving service via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig