Label Matrix for local noticing
0090-1
Case 25-00184-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Aug 25 09:34:54 EDT 2026

Claudia Engelhorn, Individually and on behal

Swain Landing LaPlata JC LLC
1801 16th Street, NW
#606
Washington, DC 20009-3324

White Pearl, LLC
1209 Orange Street
Wilmington, DE 19801-1120

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Alphonso Stafford Hearns, Jr.
9500 Medical Center Drive
Suite 474
Upper Marlboro, MD 20774-3725

Catherine and Percy Swain
11505 Myer Road
Bowie, MD 20721-2528

Claudia Engelhorn
1900 K Street, NW
Washington, DC 20006-1110

Claudia Engelhorn
c/o Sam J. Alberts-Dentons US LLP
1900 K Street, NW
Washington, DC 20006-1110

Erik D. Bolog c/o Douglas Gansler
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com 20006-3420

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

NVR, Inc. d/b/a Ryan Homes
656 Quince Orchard Road
Suite 500
Gaithersburg, MD 20878-1409

Patrick D. Gardiner, Esq.
Henderson Law, LLC
2127 Espey Court Suite 204
Crofton, MD 21114-2490

The Whitewater Revocable Trust Dated Septemb
c/o Sam J. Alberts-Dentons US LLP
1900 K Street, NW
Washington DC 20006-1110

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Wes P. Henderson, Esq.
Henderson Law, LLC
2127 Espey Court Suite 204
Crofton, MD 21114-2490

White Pearl, LLC By Claudia Engelhorn
c/o Sam J. Alberts-Dentons US LLP
1900 K Street, NW
Washington DC 20006-1110

Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Catherine Swain
11505 Myer Road
Bowie, MD 20721-2528

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave, NW
Ste 500
Washington, DC 20036-5304

Erik Bolog
1763 Columbia Road, NW
Washington, DC 20009-2834

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Percy Swain
11505 Myer Road
Bowie, MD 20721-2528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)White Pearl, LLC
1209 Orange Street
Wilmington, DE 19801-1120

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 22 |
| Bypassed recipients | 1 |
| Total | 23 |